ORIGINAL

WWR #03591447

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FIRSTENERGY SOLUTIONS CORP. f/k/a FIRSTENERGY SERVICES CORPORATION, 395 Ghent Road, Akron, OH 44333,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES, GENERAL SERVICES ADMINISTRATION, Mid Atlantic Region, Business Service Center, The Wannamaker Building, Room 829, 100 Penn Square East, Philadelphia, PA 19107-3396,<br><br>Defendant. | CASE NO. 04-1517C<br>JUDGE |

FILED OCT - 1 2004

## COMPLAINT

Plaintiff, FirstEnergy Solutions Corp. f/k/a FirstEnergy Services Corporation (hereinafter "FES"), for its Complaint against Defendant, United States, General Services Administration (hereinafter "GSA"), states as follows:

## INTRODUCTION

This is an action on an account, breach of contract, and unjust enrichment for GSA's failure to pay its electric bill. FES and GSA entered into contracts on or about October 1999, March 2000, and September 7, 2000 for electric service, which electric service was provided by FES to various United States government entities in New Jersey, Pennsylvania, New York, Delaware, and Maryland.

Although FES has made demand upon GSA for the balance due and owing for electric service, GSA has failed to respond and pay for the electric service provided to it (see Affidavit of Denise P. Bellas, attached hereto and incorporated herein as Exhibit "D").

## PARTIES

1. FES, at all times pertinent, was and still is a business entity organized and existing under the laws of the state of Ohio, and is engaged in the business of providing electric service among other things including to GSA.

2. GSA, on information and belief, is an entity of the United States of America with its principle place of business for the purposes of these contracts located at GSA, Mid Atlantic Region, Business Service Center, The Wannamaker Building, Room 829, 100 Penn Square East, Philadelphia, PA 19107-3396.

## JURISDICTION

3. This Court has jurisdiction over this matter pursuant to the provisions of 28 U.S.C. Sections 1491 and 2501; this Complaint seeks payment for electric service provided to GSA within six years after FES' claim first accrued as highlighted below.

4. Venue is proper in this Court pursuant to 28 U.S.C. Sections 1491 and 2501 and the contract (attached to the Complaint as Exhibit "A" and incorporated herein).

## FACTS

5. FES operates an electric services business in Akron, OH.

6. FES contacted the GSA regarding electric service for various United States government facilities in various states including Pennsylvania, New, Jersey, Delaware, Maryland, and New York.

7. FES provided electric service to GSA pursuant to Exhibit “A” to the Complaint from on or about October 1999, March 2000, and September 7, 2000.

8. At all times pertinent hereto, FES provided electric service pursuant to Exhibit “A” to the Complaint, but an outstanding bill for electric service remains although demand has been made on GSA to pay the subject debt due and owing to FES for electric service GSA has failed to do so.

## COUNT 1 – BREACH OF CONTRACT

9. FES hereby incorporates by reference the allegations contained in paragraphs 1 through 8 of the Complaint above as though set forth herein.

10. On or about October 1999, March 2000, and September 7, 2000, FES entered into electric service contracts (hereinafter “Agreement”) with true and accurate copies attached hereto and incorporated herein as Exhibit “A” with GSA for electric service.

11. It was understood and agreed by and between the parties that FES would provide electric service and GSA would use and pay for the electric service it received.

12. FES rendered valuable electric services to GSA pursuant to the Agreement. GSA received and accepted those electric service benefits for its gain.

13. FES presented GSA with invoices reflecting a total amount of Four Hundred Eighty One Thousand Four Hundred Ninety Two Dollars and five cents ($481,492.05), the value of the electric services rendered; a true and accurate copy of invoices are attached hereto collectively as Exhibit "C".

14. FES has performed all of its duties and obligations under the Agreement, Exhibit "A" to the Complaint.

15. GSA has breached the Agreement by failing to pay FES Four Hundred Eighty One Thousand Four Hundred Ninety Two Dollars and five cents ($481,492.05) the amount due and owing under the Agreement for electric services rendered and reflected in the above-mentioned invoices.

16. FES contacted GSA regarding the above-mentioned overdue electric service invoices and requested payment; GSA has refused to pay the amounts due and owing to FES.

17. As a direct and proximate cause of GSA's breach, FES has suffered damages in the amount of Four Hundred Eighty One Thousand Four Hundred Ninety Two Dollars and five cents ($481,492.05), plus interest, reasonable attorneys' fees, and expenses.

**COUNT 2 – ACTION ON ACCOUNT**

18. FES hereby incorporates by reference the allegations contained in paragraphs 1 through 17 of the Complaint above as though set forth herein.

19. Attached as Exhibit "B" and incorporated herein by reference are copies of the account for which GSA is in debt to FES. This account is kept in the regular

course of business and is a true and accurate reflection of the debt owed by GSA.

20. As a direct and proximate cause of GSA's failure to satisfy this debt, FES has been damaged in the amount of Four Hundred Eighty One Thousand Four Hundred Ninety Two Dollars and five cents ($481,492.05), plus interest, reasonable attorneys' fees, and expenses.

**COUNT 3 – UNJUST ENRICHMENT/QUANTUM MERUIT**

21. FES hereby incorporates by reference the allegations contained in paragraphs 1 through 19 of the Complaint above as though set forth herein.

22. At all relevant times, it was understood by and between the parties that GSA would pay FES for electric services provided pursuant to the Agreement, Exhibit "A" to the Complaint.

23. FES provided valuable electric services, which GSA has received and benefited from such services.

24. GSA's refusal to pay FES for valuable electric services rendered has resulted in an unjust benefit being conferred on GSA.

25. As a direct and proximate cause of GSA's refusal to pay for valuable electric services rendered, GSA has been unjustly enriched and FES correspondingly damaged in the amount of Four Hundred Eighty One Thousand Four Hundred Ninety Two Dollars and five cents ($481,492.05).

WHEREFORE, FES demands judgment against GSA in the principal amount of Four Hundred Eighty One Thousand Four Hundred Ninety Two Dollars and five cents ($481,492.05) and as stated above, reasonable attorneys' fees,

expenses, interest, and such further relief in favor of FES as is just and equitable.

DATED THIS 30th day of September, 2004.

Respectfully submitted,

WELTMAN, WEINBERG & REIS, CO., L.P.A.

GEORGE R. HICKS, JR., #0040750
*Attorney for Plaintiff*
Lakeside Place, Suite 200
323 West Lakeside Avenue
Cleveland, OH 44113
Phone: (216) 685-1108
Fax: (216) 363-4121
e-mail: ghicks@weltman.com