09/08/00 FRI 14:49 FAX 1 216 520 8454 FIRST ENERGY 003

MD

ORIGINAL

**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30*

1. REQUISITION NO.
PAGE 1 OF 15

2. CONTRACT NO: GS-03P-00-AZC-8888
3. AWARD/EFFECTIVE DATE: 9/7/00
4. ORDER NO.
5. SOLICITATION NO.: GS-03P-00-AZC-8888
6. SOLICITATION ISSUE DATE: August 9, 2000
7. FOR SOLICITATION INFORMATION CALL ▶ a. NAME: Kenneth M. Shutika
b. TELEPHONE NO. (No collect calls): (215) 656-6150
8. OFFER DUE DATE/LOCAL TIME: August 30, 2000 2:00 p.m.

9. ISSUED BY — CODE
GSA, Mid-Atlantic Region
Portfolio Management Division (3PO)
The Wanamaker Building, 7th Floor
100 Penn Square East
Philadelphia, PA 19107-3396

10. THIS ACQUISITION IS
☒ UNRESTRICTED
☐ SET ASIDE: % FOR
☐ SMALL BUSINESS
☐ SMALL DISADV. BUSINESS
☐ 8(A)
SIC 4911
SIZE STD: 4 million MWhr

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
☒ SEE SCHEDULE

12. DISCOUNT TERMS: N/A

13a. ☐ THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)
13b. RATING

14. METHOD OF SOLICITATION
☐ RFQ ☐ IFB ☒ RFP

15. DELIVER TO — CODE
See Block 9 Address

16. ADMINISTERED BY — CODE
See Block 9

RECEIVED
SEP 21 2000
CUSTOMER CARE

17a. CONTRACTOR/OFFEROR — CODE — FACILITY CODE
FirstEnergy Services Corp.
395 Ghent Rd.
Akron, OH 44333
TELEPHONE NO. 440-717-6816

18a. PAYMENT WILL BE MADE BY — CODE
See Section A of Contract

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☒ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| 1 | See SUBMISSION REQUIREMENTS - PRICING SECTION C.1<br>Acct. No. 21504712248001<br>National Park Service<br>Thurmont, MD<br>TOTAL Oct. 2000 to May 2001 (7 mos.)<br>*(Attach Additional Sheets as Necessary)* | See Exhibit 1<br>1,020,000 | kWh | 3.8 cents/kWh | $38,760.00 |

25. ACCOUNTING AND APPROPRIATION DATA
See Exhibit 3

26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*

☒ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.

☐ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 2 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

☐ 29. AWARD OF CONTRACT: REFERENCE ______ OFFER DATED ______. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR
X [signature]

31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*
[signature]

30b. NAME AND TITLE OF SIGNER *(TYPE OR PRINT)*: Douglas S. Elliott Vice President
30c. DATE SIGNED: 9/7/00

31b. NAME OF CONTRACTING OFFICER *(TYPE OR PRINT)*: Kenneth M. Shutika
31c. DATE SIGNED: 9/7/00

32a. QUANTITY IN COLUMN 21 HAS BEEN
☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

33. SHIP NUMBER
☐ PARTIAL
34. VOUCHER NUMBER
35. AMOUNT VERIFIED CORRECT FOR
36. PAYMENT
☐ COMPLETE ☐ PARTIAL ☐
37. CHECK NUMBER

32b. SIGNATURE OF AUTHORIZED GOVT REPRESENTATIVE
32c. DATE

38. S/R ACCOUNT NO.
39. S/R VOUCHER NO.
40. PAID BY

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT
41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER
41c. DATE

42a. RECEIVED BY *(Print)*
42b. RECEIVED AT *(Location)*
42c. DATE REC'D *(YY/MM/DD)*
42d. TOTAL CONTAINERS

EXHIBIT
A
tabbies

AUTHORIZED FOR LOCAL REPRODUCTION
Computer Generated
SEE REVERSE FOR OMB CONTROL NUMBER AND PAPERWORK BURDEN STATEMENT Prescribed by GSA - FAR (48 CFR) 53.212
STANDARD FORM 1449 (10-95)

09/07/00 11:28 FAX 216 447 3142 FIRST ENERGY 002

APSchPH

| | |
|---|---|
| MeterReadCycle | 8th to 12th of mo |
| R... Schedule | Rate PH |
| ...nt Number | 21504712248001 |
| A...cy | Natl Park Service |
| Location | Thurmont MD |
| LDU | Allegheny Power |
| | 199,800 |
| | 157,800 |
| | 166,800 |
| | 107,400 |
| | 65,400 |
| | 102,000 |
| | 112,200 |
| | 77,400 |
| | 67,800 |
| | 109,800 |
| | 114,000 |
| | 164,400 |
| | |
| | 1,444,800 |

Natl Park Service
Thurmont MD
Allegheny Power

| |
|---|
| 483 |
| 417 |
| 557 |
| 379 |
| 250 |
| 229 |
| 300 |
| 351 |
| 229 |
| 457 |
| 358 |
| 385 |

Natl Park Service
Thurmont MD
Allegheny Power

| |
|---|
| 59.43% |
| 54.37% |
| 38.99% |
| 39.36% |
| 36.33% |
| 58.00% |
| 53.74% |
| 30.63% |
| 42.54% |
| 32.29% |
| 42.80% |
| 53.92% |

**Standard Form 1449 - Continued**

**BLOCK 10.** Offers will be evaluated by adding a factor of ten percent to the price of all offers, except offers from small disadvantaged business concerns that have not waived the adjustment. For details regarding the application of the evaluation adjustment, see subpart 52.219-23 of the Federal Acquisition Regulation. The Small Business Size Standard for an electricity utility provider is 4 million mWh. Any utility supplier with sales exceeding this standard for three continuous calendar years is considered a large business for the purposes of this procurement.

**NOTE:** ALL QUESTIONS MUST BE SUBMITTED IN WRITING AND CAN BE SENT VIA: ELECTRONIC MAIL AT ken.shutika@gsa.gov

## SECTION A: SCOPE OF WORK

### A.1 GENERAL

The General Services Administration (GSA) is requesting proposals for the generation, firm transmission, and distribution of firm electricity and any ancillary and/or incidental services to a small number of Federal facilities throughout the State of Maryland. The successful offeror (i.e. Contractor) will supply such electricity for twelve (12), twenty-four (24), or possibly eight (8) full monthly billing cycles for each account. The start date for deliveries shall be the billing cycles that start on September 21, 2000 or later and continuing for a total of twelve (12), twenty-four (24), or eight (8) complete monthly billing cycles unless otherwise indicated for each account.

All quantities ordered by facilities included in this contract shall be considered firm and guaranteed for delivery by the Contractor to the Delivery Point. The Contractor shall be liable for any and all penalties assessed to facilities for the non-delivery of firm requirements. The electricity provided under this contract shall conform to the tariff of the interstate/intrastate transmitting utility and the applicable Local Distribution Utility (LDU) at the Delivery Points for the accounts specified in Exhibit 1.

In order to organize the various pieces of account information associated with this contract, the Government has created two (2) exhibits.

Exhibit 1 – Consists of several Excel spread sheets that specify the accounts included in this contract. Exhibit 1 has separate spread sheets for each LDU covered by this procurement. Each LDU based spread sheet has separate workbooks that correspond to the pricing categories included in the solicitation Pricing Sheet for this procurement. In general, accounts have been grouped according to LDU rate class. Certain accounts have been grouped separately for pricing purposes so that they may be afforded optimal pricing opportunities. Aggregate totals are provided for each pricing group. For each account, the following information is provided if available:

(a) LDU rate schedule;
(b) LDU account number;
(c) Agency/account holder;
(d) General Service Location;
(e) Service Zip Code;
(f) LDU;
(g) Monthly consumption (kWh);
(h) Registered monthly peak demand (KW);
(i) Monthly billing demand (KW)
(j) Monthly load factor; and
(k) Range of meter read dates throughout the year.

Exhibit 2 - Consists of several Excel spread sheets that provide interval usage information for certain accounts included in this contract. Due to variations in the way the data is collected by LDUs, the format for this data can vary significantly from LDU to LDU. At a minimum, the sheets contain hourly load information for the selected accounts.

### A.2 DELIVERY POINT

The "Delivery Point" for such electricity shall be that point on the electric system at which the LDU takes possession of the electricity for final delivery of the electricity to the meter(s) of the specific facilities identified in Exhibit 1 of this contract. The Delivery Point shall be where the facility takes title to the electricity.

### A.3 CONTINUITY OF SERVICE

It shall be the Contractor's responsibility to coordinate with the LDU as necessary to resolve issues related to the LDU's regulated services and to ensure the reliable provision of electricity to the facilities included in this contract.

Metering and billing services shall continue to be provided by the LDU.

### A.4 NOMINATING AND BALANCING RESPONSIBILITIES

It is the Contractor's responsibility to conduct all required nominations on behalf of the facilities specified herein. The Contractor shall be fully familiar with the imbalance, transmission grid loss and line loss policies of both the

LDU and the interstate/intrastate transmission utilities. Any costs and/or penalties associated with these items will be borne by the Contractor.

**A.5 CREDIT FOR DEFAULT SERVICE**
If at any time (unless under a condition of Force Majeure) an account covered by this contract is forced to accept default service from the LDU serving in its capacity as the utility supplier of last resort, the Contractor shall be responsible for payment of the additional service costs incurred.

**A.6 RISK OF LOSS**
Risk of loss of electricity supplied under this contract shall remain with the Contractor until, and shall pass to the Government upon, delivery of said electricity to the Delivery Point specified for each facility.

**A.7 PROTECTION OF CONTRACT INFORMATION**
The Government will take the necessary and usual steps to maintain the confidentiality of information submitted by offerors prior to award of the contract. The Contractor is advised that the Government will make all contract prices publicly available for the full contract period.

**A.8 PAYMENT AND BILLING**
For the purposes of this contract, the Government shall pay the Contractor through monthly utility bills rendered by the LDU for each account included in this contract in accordance with the LDU's billing procedures which are fully regulated by the Maryland Public Service Commission (Commission). This bill shall encompass ALL applicable charges and credits for the delivered electricity (generation, transmission, distribution, and adjustments). Payment shall be in accordance with FAR 32.9 (Prompt Payment), including the clause at 52.232-25. If payment is to be made by electronic funds transfer, the provisions of FAR 32.11 (ELECTRONIC FUNDS TRANSFER), including the clause at 52.232-33 shall apply.

It shall be the Contractor's responsibility to understand the specific details regarding the LDU's requirements for billing. The Contractor shall ensure that the data that is normally provided to full service customers appears on the bill. It shall also be the Contractor's responsibility to ensure that proper reimbursement for electricity delivered to the Delivery Point is obtained from the LDU in accordance with applicable procedures of the Commission.

**A.9 GSA Administrative Fee**
The Contractor shall assess an administrative fee on behalf of GSA on all electric accounts included in this contract. The exact amount of the fee is $0.00020/kWh. This fee shall be included in the contract price that appears on the bill for all accounts and shall not be broken out separately. The Contractor shall collect the fees and on a quarterly basis render a check made out to GSA. Instructions will be issued post-award on where this check should be mailed.

**A.10 ANTI-DEFICIENCY**
In accordance with the Anti-Deficiency Act (31 U.S.C. 1341(a)(1)), nothing contained herein shall be construed as binding the Government to expend, in any one fiscal year, any sum in excess of the appropriation made by Congress for that fiscal year in furtherance of the subject matter of the contract or to involve the Government in an obligation for the future expenditure of moneys before an appropriation is made.

**A.11 AUTHORIZED USERS**
This contract is for the use of all Federal agencies; authorized Federal contractors; agency-sponsored universities and laboratories; and as authorized by law or regulation, state, local, and tribal Governments, and other organizations. All organizations listed in GSA Order ADM 4800.2D (as updated) are eligible to use this contract.

**A.12 ADDING FACILITIES TO THIS CONTRACT**
For a variety of reasons, it is possible that certain authorized facilities eligible to compete their electric requirements but not included in Exhibit 1 may request to satisfy their competitive electric requirements by use of this contract. In that event, the Government shall provide the Contractor with the facility's electric requirement and the two parties shall mutually agree as to whether to extend the full terms and conditions of this contract to such facility located in Maryland. Adding a facility(ies) shall be accomplished by the bilateral execution of Standard Form 30 - Amendment of Solicitation/Modification of Award.

**A.13 EXTENSION PROVISIONS**
(a) The Government may request extension of performance, one or more times, at or below the existing fixed price and in accordance with the existing contract terms and conditions, so long as the total additional performance

period does not exceed twelve (12) months. If the Contractor declines to extend at the existing prices, the Government may propose a new firm fixed price for the extension. Extension of Firm Fixed Prices must be accompanied by the agreement of all parties (bilateral modification). Failure to agree will result in the expiration of the contract at the end of the current performance period.

(b) Notice of request for bilateral extension will be furnished to the Contractor not later than 45 days prior to the expiration of the contract or any extension thereof. However, nothing precludes the Contractor from agreeing to an extension of the contract if the Government fails to issue the notice prior to the 45 days.

(c) Notice of request for bilateral extension of this contract shall be considered to have been accomplished at the time the Government deposits written notification in the mail or provides such notification by facsimile transmission.

# SECTION B: FEDERAL ACQUISITION REGULATIONS (FAR) CLAUSES

**B.1** CLAUSES INCORPORATED BY REFERENCE

The FAR Can Be Accessed At The Following Internet Address: **http://www.arnet.gov/far/**

(a) **FAR 52.212-1** **Instructions to Offerors-Commercial Items** (4-98)
[Reference FAR 12.301(b)(1)]

(b) **FAR 52.212-4** **Contract Terms and Conditions-Commercial Items** (4-98)
[Reference FAR 12.301(b)(3)]

Addendum To FAR 52.212-410

(1) The following section on *Title* overcomes and has precedence over the Title section of the clause at FAR 52.212-4 (n) in its entirety.

***Title***
Title to electricity supplied by the Contractor under this contract shall pass from the Contractor to the Government upon delivery of said electricity to the Delivery Point for each facility. The Contractor warrants that the electricity delivered to the Government under this contract will be free and clear of all liens, claims and encumbrances arising prior to delivery to the Delivery Point.

(2) The following section on *Force Majeure* overcomes and has precedence over the Excusable Delays section of the clause at 52.214-4 (f) in its entirety.

*Force Majeure*
The Contractor shall be responsible for delivery of electricity to the Delivery Points specified under the terms of the contract unless a condition of Force Majeure is in effect. As used herein, "Force Majeure" means any cause beyond the reasonable control, of, and without the fault or negligence of, the party claiming Force Majeure. It shall include, without limitation, sabotage, strikes, acts of God, war, riot, civil disturbance, drought, earthquake, flood, explosion, fire, lightning, landslide, delays of common carriers, and acts of the Government in either its sovereign or contractual capacity. The Contractor shall notify the Contracting Officer in writing as soon as it is reasonably possible after the commencement of any Force Majeure condition, setting forth the full particulars in connection therewith, and shall remedy such occurrence with all reasonable dispatch, and shall promptly give written notice to the Contracting Officer of the cessation of such condition.

In no event shall the economic hardship of either party constitute a Force Majeure condition. Likewise, the inability of the Contractor to obtain transmission, to obtain generation contracts, or the event of higher actual costs than contracted costs to the Contractor shall not constitute a Force Majeure condition. Add the following sentence: Transmission congestion shall in no way constitute a delay in common carriers as referenced in the previous paragraph.

(c) **FAR 52.216-22** **Indefinite Quantity** (10-95)
[Reference FAR 16.506(e)]

**B.2** CLAUSES IN FULL TEXT

**FAR 52.212-2** **Evaluation-Commercial Items** (10-97)
[Reference FAR 12.301(c)]

(a) The Government will award a contract(s) resulting from this solicitation to the responsible offeror(s) whose offer(s) conforming to the solicitation will be most advantageous to the Government, price and other factors considered. The following factors shall be used to evaluate offers: **Price and Technical Capability.**

(b) Options. The Government will evaluate offers for award purposes by adding the total price for the basic requirement. The Government may determine that an offer is unacceptable if the option prices are significantly unbalanced. Evaluation of options shall not obligate the Government to exercise the option(s).
(c) A written notice of award or acceptance of an offer, mailed or otherwise furnished to the successful offeror within the time for acceptance specified in the offer, shall result in a binding contract without further action by either party. Before the offer's specified expiration time, the Government may accept an offer (or part of an offer), whether or not there are negotiations after its receipt, unless a written notice of withdrawal is received before award.
(End of provision)

**FAR 52.212-5** **Contract Terms and Conditions Required to Implement Statutes or Executive Orders - Commercial Items** (10-98)
[Reference FAR 12.301(b)(4)]

(a) The Contractor agrees to comply with the following FAR clauses, which are incorporated in this contract by reference, to implement provisions of law or executive orders applicable to acquisitions of commercial items:
(1) 52.222-3, Convict Labor (E.O. 11755);
(2) 52.223-2, Clean Air and Water; and
(3) 52.233-3, Protest after Award (31 U.S.C 3553).
(b) The Contractor agrees to comply with the FAR clauses in this paragraph (b) which the contracting officer has indicated as being incorporated in this contract by reference to implement provisions of law or executive orders applicable to acquisitions of commercial items or components:
(Contracting Officer shall check as appropriate.)
__√__ (1) 52.203-6, Restrictions on Subcontractor Sales to the Government, with Alternate I (U.S.C. 253g and 10 U.S.C. 2402).
_____ (2) 52.203-10, Reserved.
__√__ (3) 52.219-8, Utilization of Small Business Concerns and Small disadvantaged Business Concerns (15 U.S.C. 637 (d)(4)).
__X__ (4) 52.219-9, Small, Small Disadvantaged and women Owned Small Business Subcontracting plan (15 U.S.C. 637 (d)(4)).
_____ (5) 52.219-14, Limitation on Subcontracting (15 U.S.C. 637(a)(14)).
__√__ (6)(i) 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns (Public Law 103-355, section 7102, and 10 U.S.C. 2323 (if the offeror elects to waive the adjustment, it shall so indicate in its offer).
_____ (ii) Alternate I of 52.219-23
__√__ (7) 52.222-26, Equal Opportunity (E.O. 11246).
__√__ (8) 52.222-35, Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era (38 U.S.C. 4212).
__√__ (9) 52.222-36, Affirmative Action for Handicapped Workers (29 U.S.C. 793).
__√__ (10) 52.222-37, Employment Reports on Disabled Veterans and Veterans of the Vietnam Era (38 U.S.C. 4212).
_____ (11) 52.225-3, Buy American Act-Supplies (41 U.S.C. 10).
_____ (12) 52.225-9, Buy American Act-trade Agreements Act-Balance of Payments Program (41 U.S.C. 10).
_____ (13) [Reserved]
_____ (14) 52.225-18, European Union Sanction for End Products (E.O. 12849).
_____ (15) 52.225-19, European Union Sanction for Services (E.O. 12849).
_____ (16)(i) 52.225-21, Buy American Act-North American Free Trade Agreement Implementation Act-Balance of Payments Program (41 U.S.C. 10, Pub. L. 103-187).
_____ (16)(ii) Alternate I of 52,225-21.
_____ (17) 52,239-1, Privacy or Security Safeguards (5 U.S.C. 552a).
_____ (18) 52.247-64, Preference for Privately Owned U.S. Flag Commercial Vessels (46 U.S.C. 1241).
(c) The Contractor agrees to comply with the FAR clauses in this paragraph (c), applicable to commercial services, which the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or executive orders applicable to acquisitions of commercial items or components:
(Contracting Officer Check as appropriate.)
______ (1) 52.222-41, Service Contract Act of 1965, As amended (41 U.S.C. 351, *et. seq.*).
______ (2) 52.222-42, Statement of Equivalent Rates for Federal Hires (29 U.S.C. 206 and 41 U.S.C. 351, *et. seq.*).

______ (3) 52.222-43, Fair Labor Standards Act and Service Contract Act - Price Adjustment (Multiple Year and Option Contracts) (29 U.S.C. 206 and 41 U.S.C. 351, *et. seq.*).

______ (4) 52.222-44, Fair Labor Standards Act and Service Contract Act - Price Adjustment (29 U.S.C. 206 and 41 U.S.C. 351, *et. seq.*).

______ (5) 52.222-47, SCA Minimum Wages and Fringe Benefits Applicable to Successor Contract Pursuant to Predecessor Contractor Collective bargaining Agreement (CBA) (41 U.S.C. 351, *et seq.)*.

(d) *Comptroller General Examination of Record.* The Contractor agrees to comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records-Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the actions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c) or (d) of this clause, the Contractor is not required to include any FAR clause other than those listed below (and as may be required by an addenda to this paragraph to establish the reasonableness of prices under Part 15), in a subcontract for commercial components-

(1) 52.222-26, Equal Opportunity (E.O. 11246);
(2) 52.222-35, Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era (38 U.S.C. 2012(a));
(3) 52.222-36, Affirmative Action for Handicapped Workers (29 U.S.C. 793); and
(4) 52.247-64, Preference for Privately-Owned U.S.-Flagged Commercial Vessels (46 U.S.C. 1241) (flow down not required for subcontracts awarded beginning May 1, 1996.)

(End of clause)

**FAR 52.233-2** **Service of Protest** (8-96)
[Reference FAR 33.106]

(a) Protests as defined in Section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General Accounting Office (GAO) shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from:

Kenneth M. Shutika
Contracting Officer
GSA, Mid-Atlantic Region
Portfolio Management Division (3PO)
The Wanamaker Building, 7th Floor
100 Penn Square East
Philadelphia, PA 19107-3396

(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

(End of Clause)

**FAR 52.241-2 Order of Precedence--Utilities.** As prescribed in 41.401(c)(1), insert a clause substantially the same as the following:

ORDER OF PRECEDENCE—UTILITIES (FEB 1995)

In the event of any inconsistency between the terms of this contract (including the specifications) and any rate schedule and/or rider incorporated in this contract by reference or otherwise, or any of the Contractor's rules and regulations, the terms of this contract shall control.

(End of clause)

## SECTION C: SUBMISSION REQUIREMENTS:

At the time that proposals are due all offerors are required to submit the following information in writing:

### C.1 PRICING

General. For pricing purposes, there are three (3) account groups, one for Allegheny Power accounts, one for Baltimore Gas and Electric Company, and one for Potomac Electric Power Company accounts. Offerors are free to offer separate prices for individual accounts within any account grouping provided that all other accounts within that account grouping also receive a price. Offerors are not required to offer prices for both groupings.

Regulated Charges
The Government will not be evaluating regulated charges that will continue to be assessed by the LDU. Therefore, offerors shall not include Board regulated LDU charges in their offers.

LDU Abbreviations on Exhibit 1.

| | |
|---|---|
| AP | Allegheny Power Company; and |
| BGE | Baltimore Gas and Electric Company. |

OFFERED FIRM FIXED PRICES.

BGE: 12 month TOTAL PRICE $________________/kWh (to 4 decimal places).

BGE: 24 month TOTAL PRICE $________________/kWh (to 4 decimal places).

AP: 8 month TOTAL PRICE $________________/kWh (to 4 decimal places).

Firm Fixed Price. Offerors shall provide firm fixed prices per kilowatt-hour that shall remain constant for the term of this contract for generation, ancillary services, and transmission of firm electricity delivered to the appropriate Local Distribution Utilities' systems for the facilities specified in Exhibit 1. For each account pricing group, the offeror shall add the generation, ancillary services, and transmission prices together to arrive at a total price for each pricing alternative. The total prices specified shall include GSA's administrative fee (see Section A.9).

Offeror Defined Pricing. In addition to the firm fixed prices provided above, offerors may propose offeror defined pricing approaches that the Government may find advantageous. Offeror defined prices must be expressed as some form of a fixed price. It is the responsibility of the offeror to demonstrate the benefit or advantage of the offeror's pricing proposal to the Government. Offerors are required to offer prices so that each account pricing group can be evaluated separately and so that each account within each grouping has a price associated with it.

Notes and Instructions to Offerors Regarding Pricing

(1) The quantities shown in Exhibits 1 and 2 are estimated load requirements at the facility's meter and are based upon the best information available to GSA. The load information submitted is intended as an estimate of the magnitude and nature of the loads during a specified time period. Such estimates are being furnished for information purposes, and for computation of prices. The Government will not be penalized in any way for pursuing load conservation projects which reduce load requirements. Since it is impossible to determine the precise quantities that will be needed during the contract term, the Contractor whose offer is accepted shall be obligated to furnish all of each facility's electric requirements to the Delivery Point during the term of this contract.

(2) All costs to the facility up to the appropriate Local Distribution Utility's system are to be included in the total prices submitted above. This includes but is not limited to all applicable taxes and duties, fees, coordination costs, transmission charges, etc, as applicable.

(3) Facilities will pay for energy delivered to the Delivery Points specified herein. The Contractor will be responsible for all nominations and imbalance procedures and costs. Any costs or penalties incurred by Contractor's failure to deliver, nominate or balance will be the responsibility of the Contractor.

(4) The offeror agrees to hold the prices in its offer firm through 4:00 p.m. September 1, 2000 from the solicitation due date.

C.2 EVIDENCE OF TECHNICAL CAPABILITY

(a) General: Due to the critical nature of the electricity procured under this solicitation, the ability of the offeror to follow through on the commitments made in this contract is crucial. Offerors are required to submit the information outlined below so that the Government may make a determination of capability without requesting additional information from an offeror. The Contracting Officer reserves the right to request additional information not outlined below.

(b) Qualification: To substantiate meeting general and special capability criteria, the offeror must submit evidence that they possess the following minimum qualifications:

(1) Evidence that they are licensed by the State of Maryland to provide electric service and that the offer is consistent with State law governing the provision of electric utility service, including state utility commission rulings and electric utility franchise or service territories established pursuant to State statute, regulation, or territorial agreements [FAR 41.201(d)].

**NOTE: ANY OFFERORS THAT HAVE SUBMITTED QUALIFICATION ITEMS (2) - (6) BELOW ON ANY GSA POWER PROCUREMENT WITHIN THE LAST TWELVE (12) MONTHS ARE NOT REQUIRED TO SUBMIT THEM AGAIN FOR THIS SOLICITATION. OFFEROR'S MAY BE REQUIRED TO SUPPLEMENT PREVIOUSLY SUBMITTED MATERIALS.**

(2) Evidence that they possess a Federal Energy Regulatory Commission (FERC) power marketing license: Include FERC Docket No., Date of Application, and Date of Approval;

(3) Evidence that the offeror possesses, at a minimum, the previous twelve continuous months of experience providing firm supply and firm transmission of electricity to retail customers in customer choice environments. To document this experience, the offeror shall submit the contact person, company name, account size, and phone number of the 10 largest retail electric customers during the last twelve continuous months. In addition, the offeror shall provide the estimated number of retail electric accounts (with kWh and KW totals) that the offeror is serving in customer choice environments in order to demonstrate experience serving a diverse customer base.

(4) The offeror must possess, or demonstrate the ability to obtain, firm transmission service agreements in the offeror's name for the interconnection points between the applicable LDU systems required to effect delivery to the Delivery Points of this contract.

(5) The offeror must include in its offer how the offeror plans to supply ("supply plan") the energy required by this contract to the subject Delivery Points. Supply plans must address power source, power path, and risk management.

(6) The offeror shall provide the total number of retail electric customers that it is serving in customer choice environments and its ability to render accurate and timely billing information to LDUs necessary for the computation of bills. The offeror should also be prepared to describe and discuss previous billing problems and corrective actions taken by the offeror to rectify such billing problems.

(7) The evidence of capability required by the above is in addition to the general responsibility criteria set forth in FAR 9.104. In addition, the Government may conduct pre-award surveys in accordance with FAR 9.106 in order to obtain, from available sources, relevant information concerning the offeror's ability to satisfy the standards stated in FAR 9.106.

C.4 SUBMISSION OF PROPOSALS

Offerors must submit 1 original and 2 copies of the entire proposal, which includes both the offeror's pricing and evidence of responsibility. Proposals must be marked as RFP GS-03P-00-AZC-8888. Proposals must be received no later than 2:00 p.m. on August 30, 2000. **Faxed offers will be accepted at (215) 656-5692 provided that a complete original offer is received within one working day of the due date and time.** Proposals must be sent to the following address:

GSA, Mid-Atlantic Region

Business Service Center
The Wanamaker Building, Room 829
100 Penn Square East
Philadelphia, PA 19107-3396
Attn: Kenneth M. Shutika, Contracting Officer

**CAUTION:** OFFERORS ARE CAUTIONED THAT ANY AMENDMENTS MUST BE ACKNOWLEDGED WITH OFFEROR'S PROPOSAL.

## SECTION D: EVALUATION FACTORS FOR AWARD:

**D.1** PRICE EVALUATION

(a) Determine Lowest Offered Prices.
The Government intends to award a contract(s) that will result in the lowest overall price for the accounts included in this solicitation. For each of the account pricing groups contained in C.1, including offeror defined pricing that the Government finds beneficial or advantageous, the Government shall determine the lowest offered total price per kWh regardless of the time period of the offering (i.e. 8, 12, or 24 months). In accordance with paragraph (b) below, accounts that do not beat applicable LDU default rates will not be included in the calculation of the lowest offered prices.

(b) Comparison with LDU Default Rates
In addition, should the lowest offered price for an account included in this solicitation turn out to be higher than the estimated costs that that account would pay under any applicable LDU rate schedule or rider, then that facility shall remain under the applicable LDU and shall no longer be included in the requirements covered by this solicitation.

**D.2** Evaluation of Offers for Multiple Awards
In addition to other factors, offers will be evaluated on the basis of advantages and disadvantages to the Government that might result from making more than one award (multiple awards). It is assumed for the purposes of evaluating proposals, that $500 would be the administrative cost to the Government for issuing and administering each contract awarded under this solicitation and individual awards shall be for the items or combinations of items that result in the lowest aggregate cost to the Government, including assumed administrative costs.

**D.3** DETERMINATION OF RESPONSIBILITY
Following the determination of the offer(s) that are in line for award in accordance with D.1 and D.2 of this Section, the Government shall make a determination as to whether the offeror(s) proposing such offer(s) in line for award meets the minimum qualifications outlined in Section C.2(b) and whether that offeror(s) is responsible in accordance with the FAR at 9.104. If the offeror(s) proposing such offer(s) in line for award meets the minimum qualifications and is responsible, then that offeror(s) shall be deemed eligible for award of the contract. In the event the offeror(s) proposing such offer(s) in line for award either fails to meet the minimum qualifications or is found to be not responsible, then that offeror(s) shall not be considered for award and the offeror proposing the offer next in line for award offer shall be considered for award pending a similar determination.

**D.4** BASIS FOR AWARD
In accordance with the price evaluation process outlined in D.1 and D.2 of this Section, the Government intends to award the contract(s) to the lowest priced offer(s) received from an offeror(s) that is responsible and meets the solicitation's minimum qualifications. Multiple awards will be considered. Award may be made without negotiation of proposals. Therefore, offerors are requested to initially submit proposals to the Government on the most favorable terms from a price, capability, and responsibility standpoint.

**D.5** POST AWARD REQUIREMENT FOR SMALL BUSINESS SUBCONTRACTING PLAN
Depending upon the total dollar value of the resultant awarded contract(s) and the size status of the Contractor, the Contractor may be required to submit a subcontracting plan for small businesses in accordance with FAR Clause 52.219-9 - Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (AUG 1996). The Contractor's plan must be submitted within two (2) weeks of the award of this contract.

# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS

*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30*

1. REQUISITION NO.

PAGE 1 OF 18

2. CONTRACT NO.

3. AWARD/EFFECTIVE DATE

4. ORDER NO.

5. SOLICITATION NO. GS-03P-00-AZC-2000 (handwritten: 2003)

6. SOLICITATION ISSUE DATE: February 1, 2000

7. FOR SOLICITATION INFORMATION CALL

a. NAME: Kenneth M. Shutika

b. TELEPHONE NO. (No collect calls): (215) 656-6150

8. OFFER DUE DATE/LOCAL TIME: February 22, 2000 2:00 p.m.

9. ISSUED BY — CODE

GSA, Mid-Atlantic Region
Portfolio Management Division (3PO)
The Wanamaker Building, 7th Floor
100 Penn Square East
Philadelphia, PA 19107-3396

10. THIS ACQUISITION IS
☒ UNRESTRICTED
☐ SET ASIDE: % FOR
☐ SMALL BUSINESS
☐ SMALL DISADV. BUSINESS
☐ 8(A)

SIC: 4911
SIZE STD: 4 million MWhrs

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
☒ SEE SCHEDULE

12. DISCOUNT TERMS

☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING

14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☒ RFP

15. DELIVER TO — CODE
See Block 9 Address

16. ADMINISTERED BY — CODE
See Block 9

17a. CONTRACTOR/OFFEROR — CODE — FACILITY CODE

First Energy Services Corporation
6200 Oak Tree Boulevard
Independence, OH 44131

TELEPHONE NO. 216/447-2634

18a. PAYMENT WILL BE MADE BY — CODE
See Section A of Contract.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☒ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| 1 | See SUBMISSION REQUIREMENTS - PRICING SECTION C.1 | See Exhibit 1 | kWh | | |
| | TOTAL | | | | |

*(Attach Additional Sheets as Necessary)*

25. ACCOUNTING AND APPROPRIATION DATA
See Exhibit 3

26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*

☒ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.

☐ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 2 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

☐ 29. AWARD OF CONTRACT: REFERENCE ______ OFFER DATED ______. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR [signature]

31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* [signature]

30b. NAME AND TITLE OF SIGNER *(TYPE OR PRINT)*: Douglas S. Elliott

30c. DATE SIGNED: 2/17/00

31b. NAME OF CONTRACTING OFFICER *(TYPE OR PRINT)*: Kenneth M. Shutika

31c. DATE SIGNED: 3/7/00

32a. QUANTITY IN COLUMN 21 HAS BEEN
☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

33. SHIP NUMBER ☐ PARTIAL

34. VOUCHER NUMBER

35. AMOUNT VERIFIED CORRECT FOR

36. PAYMENT ☐ COMPLETE ☐ PARTIAL ☐

37. CHECK NUMBER

32b. SIGNATURE OF AUTHORIZED GOVT REPRESENTATIVE

32c. DATE

38. S/R ACCOUNT NO.

39. S/R VOUCHER NO.

40. PAID BY

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT

41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER

41c. DATE

42a. RECEIVED BY *(Print)*

42b. RECEIVED AT *(Location)*

42c. DATE REC'D (YY/MM/DD)

42d. TOTAL CONTAINERS

AUTHORIZED FOR LOCAL REPRODUCTION — SEE REVERSE FOR OMB CONTROL — STANDARD FORM 1449 (10-95)

Computer Generated — NUMBER AND PAPERWORK BURDEN STATEMENT Prescribed by GSA - FAR (48 CFR) 53.212

AUTHORIZED FOR LOCAL REPRODUCTION — SEE REVERSE FOR OMB CONTROL — STANDARD FORM 1449 (10-95)

**Standard Form 1449 - Continued**

**BLOCK 10.** Offers will be evaluated by adding a factor of ten percent to the price of all offers, except offers from small disadvantaged business concerns that have not waived the adjustment. For details regarding the application of the evaluation adjustment, see subpart 52.219-23 of the Federal Acquisition Regulation. The Small Business Size Standard for an electricity utility provider is 4 million mWh. Any utility supplier with sales exceeding this standard for three continuous calendar years is considered a large business for the purposes of this procurement.

**NOTE: ALL QUESTIONS MUST BE SUBMITTED IN WRITING AND CAN BE SENT VIA: ELECTRONIC MAIL AT ken.shutika@gsa.gov**

## SECTION A: SCOPE OF WORK

A.1 GENERAL

The General Services Administration (GSA) is requesting proposals for the generation, firm transmission, and distribution of firm electricity and any ancillary and/or incidental services to various Federal and a limited number of non-Federal facilities throughout Pennsylvania, Delaware, and New Jersey. The successful offeror (i.e. Contractor) will supply such electricity for twelve (12), twenty-four (24), or possibly nine (9) full monthly billing cycles for each account. The start date for deliveries shall be the billing cycles that start on April 1, 2000 or later and continuing for a total of twelve (12) or twenty-four (24) complete monthly billing cycles unless otherwise indicated for each account.

All quantities ordered by facilities included in this contract shall be considered firm and guaranteed for delivery by the Contractor to the Delivery Point. The Contractor shall be liable for any and all penalties assessed to facilities for the non-delivery of firm requirements. The electricity provided under this contract shall conform to the tariff of the interstate/intrastate transmitting utility and the applicable Local Distribution Utility (LDU) at the Delivery Points for the accounts specified in Exhibit 1.

Renewable Power Products – As part of this solicitation, the Government is also requesting prices for renewable power products. The Government has a commitment to encouraging the development of new renewable power resources and to further that policy goal we have dedicated three (3) accounts in Pennsylvania and an EPA facility in New Jersey for the purchase of a renewable power product. The accounts are as follows:

Pennsylvania
The National Park Service's Liberty Bell Pavilion which houses the Liberty Bell;
6 GSA PECO Rate GS accounts in the Philadelphia area; and
An EPA clean up site account.

New Jersey
An EPA Laboratory in Edison, New Jersey.

We believe that taken as a whole these accounts will present a unique opportunity for companies interested in connecting themselves (i.e. branding) with the delivery of renewable power.

In order to organize the various pieces of account information associated with this contract, the Government has created two (2) exhibits.

Exhibit 1 – Consists of several Excel spread sheets that specify the accounts included in this contract. Exhibit 1 has separate spread sheets for each LDU covered by this procurement. Each LDU based spread sheet has separate workbooks that correspond to the pricing categories included in the solicitation Pricing Sheet for this procurement. In general, accounts have been grouped according to LDU rate class. Certain accounts have been grouped separately for pricing purposes so that they may be afforded optimal pricing opportunities. Aggregate totals are provided for each pricing group. We have included calculated shopping credit figures for each account. While we will largely rely on these figures in evaluating offers, these figures are provided merely for informational purposes and we make no guarantee as to their accuracy. The Government may revise or correct these shopping credits for its own appropriate purposes and is under no obligation to provide these revised/corrected shopping credits. For each account, the following information is provided if available:

(a) LDU rate schedule;
(b) LDU account number;
(c) Agency/account holder;
(d) General Service Location;
(e) Service Zip Code;
(f) LDU;
(g) Monthly consumption (kWh);
(h) Registered monthly peak demand (KW);
(i) Monthly billing demand (KW)
(j) Monthly load factor; and
(k) Calculated monthly and annual shopping credit.



(j) Monthly load factor; and

Exhibit 2 - Consists of several Excel spread sheets that provide interval usage information for certain accounts included in this contract. Due to variations in the way the data is collected by LDUs, the format for this data can vary significantly from LDU to LDU. At a minimum, the sheets contain hourly load information for the selected accounts.

A.2 DELIVERY POINT

The "Delivery Point" for such electricity shall be that point on the electric system at which the LDU takes possession of the electricity for final delivery of the electricity to the meter(s) of the specific facilities identified in Exhibit 1 of this contract. The Delivery Point shall be where the facility takes title to the electricity.

A.3 BUNDLED SERVICE

The Government desires to have a single contract for all the services previously included in a fully regulated, bundled electric product. Therefore, this contract shall cover all electricity services, including those that will continue to be provided by the LDU. It shall be the Contractor's responsibility to coordinate with the LDU as necessary to resolve issues related to the LDU's regulated services and to ensure the reliable provision of electricity to the facilities included in this contract.

Metering and billing services shall continue to be provided by the LDU.

A.4 NOMINATING AND BALANCING RESPONSIBILITIES

It is the Contractor's responsibility to conduct all required nominations on behalf of the facilities specified herein. The Contractor shall be fully familiar with the imbalance, transmission grid loss and line loss policies of both the LDU and the interstate/intrastate transmission utilities. Any costs and/or penalties associated with these items will be borne by the Contractor.

A.5 CREDIT FOR DEFAULT SERVICE

If at any time (unless under a condition of Force Majeure) an account covered by this contract is forced to accept default service from the LDU serving in its capacity as the utility supplier of last resort, the Contractor shall be responsible for payment of the additional service costs incurred.

A.6 RISK OF LOSS

Risk of loss of electricity supplied under this contract shall remain with the Contractor until, and shall pass to the Government upon, delivery of said electricity to the Delivery Point specified for each facility.

A.7 PROTECTION OF CONTRACT INFORMATION

The Government will take the necessary and usual steps to maintain the confidentiality of information submitted by offerors prior to award of the contract. The Contractor is advised that the Government will make all contract prices publicly available for the full contract period.

A.8 PAYMENT AND BILLING

For the purposes of this contract, the Government shall pay the Contractor through monthly utility bills rendered by the LDU for each account included in this contract in accordance with the LDU's billing procedures which are fully regulated by the following state regulatory bodies as appropriate: the Pennsylvania Public Utility Commission (PAPUC); the Delaware Public Service Commission (DEPSC); and/or the New Jersey Board of Public Utilities (NJBPU). This bill shall encompass ALL applicable charges and credits for the delivered electricity (generation, transmission, distribution, and adjustments). Payment shall be in accordance with FAR 32.9 (Prompt Payment), including the clause at 52.232-25. If payment is to be made by electronic funds transfer, the provisions of FAR 32.11 (ELECTRONIC FUNDS TRANSFER), including the clause at 52.232-33 shall apply.

It shall be the Contractor's responsibility to understand the specific details regarding the LDU's requirements for billing. The Contractor shall ensure that the data that is normally provided to full service customers appears on the bill. It shall also be the Contractor's responsibility to ensure that proper reimbursement for electricity delivered to the Delivery Point is obtained from the LDU in accordance with applicable procedures of the PAPUC, DEPSC, and/or NJBPU.

A.9 CONTRACT REPORTS

On a quarterly basis, the Contractor shall provide the Contracting Officer with a summary report providing the LDU account number, the electricity delivered (kWh) to each account's Delivery Point, peak monthly demand (KW), if demand metering is in place, and the Contractor's charges for each account.



demand metering is in place, and the Contractor's charges for each account.

**A.10 GSA Administrative Fee**

The Contractor shall assess an administrative fee on behalf of GSA on all electric accounts included in this contract. The exact amount of the fee is $0.00020/kWh. This fee shall be included in the contract price that appears on the bill for all accounts and shall not be broken out separately. The Contractor shall collect the fees and on a quarterly basis render a check made out to GSA. Instructions will be issued post-award on where this check should be mailed.

**A.11 ANTI-DEFICIENCY**

In accordance with the Anti-Deficiency Act (31 U.S.C. 1341(a)(1)), nothing contained herein shall be construed as binding the Government to expend, in any one fiscal year, any sum in excess of the appropriation made by Congress for that fiscal year in furtherance of the subject matter of the contract or to involve the Government in an obligation for the future expenditure of moneys before an appropriation is made.

**A.12 AUTHORIZED USERS**

This contract is for the use of all Federal agencies; authorized Federal contractors; agency-sponsored universities and laboratories; and as authorized by law or regulation, state, local, and tribal Governments, and other organizations. All organizations listed in GSA Order ADM 4800.2D (as updated) are eligible to use this contract.

**A.13 ADDING FACILITIES TO THIS CONTRACT**

For a variety of reasons, it is possible that certain authorized facilities eligible to compete their electric requirements but not included in Exhibit 1 may request to satisfy their competitive electric requirements by use of this contract. In that event, the Government shall provide the Contractor with the facility's electric requirement and the two parties shall mutually agree as to whether to extend the full terms and conditions of this contract to such facility located in New Jersey. Adding a facility(ies) shall be accomplished by the bilateral execution of Standard Form 30 - Amendment of Solicitation/Modification of Award.

**A.14 EXTENSION PROVISIONS**

(a) The Government may request extension of performance, one or more times, at or below the existing fixed price and in accordance with the existing contract terms and conditions, so long as the total additional performance period does not exceed twelve (12) months. If the Contractor declines to extend at the existing prices, the Government may propose a new firm fixed price for the extension. Extension of Firm Fixed Prices must be accompanied by the agreement of all parties (bilateral modification). Failure to agree will result in the expiration of the contract at the end of the current performance period.

(b) Notice of request for bilateral extension will be furnished to the Contractor not later than 45 days prior to the expiration of the contract or any extension thereof. However, nothing precludes the Contractor from agreeing to an extension of the contract if the Government fails to issue the notice prior to the 45 days.

(c) Notice of request for bilateral extension of this contract shall be considered to have been accomplished at the time the Government deposits written notification in the mail or provides such notification by facsimile transmission.

**A.15 RENEWABLE POWER PRODUCTS**

General. Included in this solicitation are two (2) account pricing groups (one for Pennsylvania and one for New Jersey) for various renewable power products. The Government requests pricing for various blends consisting of electric power from new renewable power resources, existing renewable resources, and from clean power resources. The three renewable power products are listed on the solicitation pricing sheets. The awarded renewable energy product must be a certified Green-e product (see A.16 below) within 45 days after the award of this contract. For this solicitation, the following definitions of new renewable power, existing renewable power, and clean power shall apply:

Definitions

New Renewable Power - New Renewable Power is defined as solar voltaic energy, solar thermal energy, wind power, low head hydro power, geothermal energy, landfill and mine based methane gas, and sustainable biomass energy that is produced from resources that have been put in operation after January 1, 1997.

Existing Renewable Power - Existing Renewable Power is defined as solar voltaic energy, solar thermal energy, wind power, low head hydro power, geothermal energy, landfill and mine based methane gas, and sustainable biomass energy that is produced from resources that have been put in operation prior to January 1, 1997.

Clean Power – Clean Power is defined as power produced from natural gas generating resources and power produced from hydro power resources of any size.

New Jersey Specific Requirements
Pursuant to the mandates embodied in New Jersey Public Law 1999, c.23, the interim rules of the Board for environmental disclosure to retail customers require every electric service supplier to provide the following:

(1) Electricity suppliers shall disclose the fuels in the fuel mix associated with the generation of the electricity product being offered in response to this solicitation using the following energy resource categories: oil, natural gas, nuclear, coal, solar technologies, hydroelectric, wind and methane gas from landfills or a biomass facility.

(2) Electricity suppliers shall disclose the emissions of sulfur dioxide (SO2), oxides of nitrogen (Nox), and carbon dioxide (CO2) based on a weighted average (expressed in pounds per MWh) associated with the generation of the electricity product being offered in response to this solicitation.

## A.16 GREEN-E REQUIREMENTS

Green-e certification, including strict adherence to the Green Power Board's Code of Conduct is the minimum standard for the renewable power products included in this contract. This is the most efficient way for the Government to ensure that the Contractor is adequately fulfilling its obligation to provide renewable power, as specified in this contract. The Contractor's product must be Green-e certified within 45 days of contract award. Failure to obtain the Green-e certification, failure to deliver the contracted for renewable power product, or the loss of the Contractor's Green-e certification shall be grounds for Termination for Cause. The Contractor's liability to the Government under a Termination for Cause shall be the cost of reprocurement, any increase in unit costs for the remainder of the original contract term, and any incidental or consequential damages incurred as a result of the termination.

If the Green-e brand name ceases to exist, the Contractor shall be responsible for submitting to the Contracting Officer or his Authorized Representative a report that includes all of the information included in the Green-E Code of Conduct, Section VI Product Substantiation. The report shall be accompanied by a signed affidavit attesting to the accuracy of the report. If the Contractor knowingly renders erroneous information, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract for cause.

In the event that the Green-e criteria for what type of resources qualify as renewable changes during the term of this contract, the Contractor will not be expected to comply with the new Green-e renewable requirements. The Contractor shall, however, continue to comply with all unchanged Green-e renewable requirements.

## A.17 REGULATORY RISK

The Government has included in this solicitation pricing options (the nine (9) month pricing option) for Duquesne Light Company and Pennsylvania Power Company that reflect rules and regulations currently governing the provision of electric service in those service territories. It is possible that during the term of this contract the rules and regulations of Duquesne Light Company and/or Pennsylvania Power Company may change so that the Government may no longer be legally allowed to shop for power at the beginning of the nine (9) month pricing option term. In such event, the portion of the contract affected by such regulatory change shall be terminated at no cost to the Government.

## SECTION B: FEDERAL ACQUISITION REGULATIONS (FAR) CLAUSES

**B.1** CLAUSES INCORPORATED BY REFERENCE

The FAR Can Be Accessed At The Following Internet Address: **http://www.arnet.gov/far/**

(a) **FAR 52.212-1** **Instructions to Offerors-Commercial Items** (4-98)
[Reference FAR 12.301(b)(1)]

(b) **FAR 52.212-4** **Contract Terms and Conditions-Commercial Items** (4-98)
[Reference FAR 12.301(b)(3)]

Addendum To FAR 52.212-410

(1) The following section on *Title* overcomes and has precedence over the Title section of the clause at FAR 52.212-4 (n) in its entirety.

***Title***
Title to electricity supplied by the Contractor under this contract shall pass from the Contractor to the Government upon delivery of said electricity to the Delivery Point for each facility. The Contractor warrants that the electricity delivered to the Government under this contract will be free and clear of all liens, claims and encumbrances arising prior to delivery to the Delivery Point.

(2) The following section on *Force Majeure* overcomes and has precedence over the Excusable Delays section of the clause at 52.214-4 (f) in its entirety.

***Force Majeure***
The Contractor shall be responsible for delivery of electricity to the Delivery Points specified under the terms of the contract unless a condition of Force Majeure is in effect. As used herein, "Force Majeure" means any cause beyond the reasonable control, of, and without the fault or negligence of, the party claiming Force Majeure. It shall include, without limitation, sabotage, strikes, acts of God, war, riot, civil disturbance, drought, earthquake, flood, explosion, fire, lightning, landslide, delays of common carriers, and acts of the Government in either its sovereign or contractual capacity. The Contractor shall notify the Contracting Officer in writing as soon as it is reasonably possible after the commencement of any Force Majeure condition, setting forth the full particulars in connection therewith, and shall remedy such occurrence with all reasonable dispatch, and shall promptly give written notice to the Contracting Officer of the cessation of such condition.

In no event shall the economic hardship of either party constitute a Force Majeure condition. Likewise, the inability of the Contractor to obtain transmission, to obtain generation contracts, or the event of higher actual costs than contracted costs to the Contractor shall not constitute a Force Majeure condition. Add the following sentence: Transmission congestion shall in no way constitute a delay in common carriers as referenced in the previous paragraph.

(c) **FAR 52.216-22** **Indefinite Quantity** (10-95)
[Reference FAR 16.506(e)]

**B.2** CLAUSES IN FULL TEXT

**FAR 52.212-2** **Evaluation-Commercial Items** (10-97)
[Reference FAR 12.301(c)]

(a) The Government will award a contract(s) resulting from this solicitation to the responsible offeror(s) whose offer(s) conforming to the solicitation will be most advantageous to the Government, price and other factors considered. The following factors shall be used to evaluate offers: **Price and Technical Capability.**



considered. The following factors shall be used to evaluate offers: **Price and Technical Capability.**

(b) Options. The Government will evaluate offers for award purposes by adding the total price for the basic requirement. The Government may determine that an offer is unacceptable if the option prices are significantly unbalanced. Evaluation of options shall not obligate the Government to exercise the option(s).
(c) A written notice of award or acceptance of an offer, mailed or otherwise furnished to the successful offeror within the time for acceptance specified in the offer, shall result in a binding contract without further action by either party. Before the offer's specified expiration time, the Government may accept an offer (or part of an offer), whether or not there are negotiations after its receipt, unless a written notice of withdrawal is received before award.
(End of provision)

**FAR 52.212-5** **Contract Terms and Conditions Required to Implement Statutes or Executive Orders - Commercial Items (10-98)**
[Reference FAR 12.301(b)(4)]

(a) The Contractor agrees to comply with the following FAR clauses, which are incorporated in this contract by reference, to implement provisions of law or executive orders applicable to acquisitions of commercial items:
(1) 52.222-3, Convict Labor (E.O. 11755);
(2) 52.223-2, Clean Air and Water; and
(3) 52.233-3, Protest after Award (31 U.S.C 3553).
(b) The Contractor agrees to comply with the FAR clauses in this paragraph (b) which the contracting officer has indicated as being incorporated in this contract by reference to implement provisions of law or executive orders applicable to acquisitions of commercial items or components:
(Contracting Officer shall check as appropriate.)

__√__ (1) 52.203-6, Restrictions on Subcontractor Sales to the Government, with Alternate I (U.S.C. 253g and 10 U.S.C. 2402).
_____ (2) 52.203-10, Reserved.
__√__ (3) 52.219-8, Utilization of Small Business Concerns and Small disadvantaged Business Concerns (15 U.S.C. 637 (d)(4)).
__X__ (4) 52.219-9, Small, Small Disadvantaged and women Owned Small Business Subcontracting plan (15 U.S.C. 637 (d)(4)).
_____ (5) 52.219-14, Limitation on Subcontracting (15 U.S.C. 637(a)(14)).
__√__ (6)(i) 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns (Public Law 103-355, section 7102, and 10 U.S.C. 2323 (if the offeror elects to waive the adjustment, it shall so indicate in its offer).
_____ (ii) Alternate I of 52.219-23
__√__ (7) 52.222-26, Equal Opportunity (E.O. 11246).
__√__ (8) 52.222-35, Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era (38 U.S.C. 4212).
__√__ (9) 52.222-36, Affirmative Action for Handicapped Workers (29 U.S.C. 793).
__√__ (10) 52.222-37, Employment Reports on Disabled Veterans and Veterans of the Vietnam Era (38 U.S.C. 4212).
_____ (11) 52.225-3, Buy American Act-Supplies (41 U.S.C. 10).
_____ (12) 52.225-9, Buy American Act-trade Agreements Act-Balance of Payments Program (41 U.S.C. 10).
_____ (13) [Reserved]
_____ (14) 52.225-18, European Union Sanction for End Products (E.O. 12849).
_____ (15) 52.225-19, European Union Sanction for Services (E.O. 12849).
_____ (16)(i) 52.225-21, Buy American Act-North American Free Trade Agreement Implementation Act-Balance of Payments Program (41 U.S.C. 10, Pub. L. 103-187).
_____ (16)(ii) Alternate I of 52,225-21.
_____ (17) 52,239-1, Privacy or Security Safeguards (5 U.S.C. 552a).
_____ (18) 52.247-64, Preference for Privately Owned U.S. Flag Commercial Vessels (46 U.S.C. 1241).

(c) The Contractor agrees to comply with the FAR clauses in this paragraph (c), applicable to commercial services, which the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or executive orders applicable to acquisitions of commercial items or components:
(Contracting Officer Check as appropriate.)
______ (1) 52.222-41, Service Contract Act of 1965, As amended (41 U.S.C. 351, *et. seq.*).
______ (2) 52.222-42, Statement of Equivalent Rates for Federal Hires (29 U.S.C. 206 and 41 U.S.C. 351, *et. seq.*).



______ (2) 52.222-42, Statement of Equivalent Rates for Federal Hires (29 U.S.C.

______ (3) 52.222-43, Fair Labor Standards Act and Service Contract Act - Price Adjustment (Multiple Year and Option Contracts) (29 U.S.C. 206 and 41 U.S.C. 351, *et. seq.*).

______ (4) 52.222-44, Fair Labor Standards Act and Service Contract Act - Price Adjustment (29 U.S.C. 206 and 41 U.S.C. 351, *et. seq.*).

______ (5) 52.222-47, SCA Minimum Wages and Fringe Benefits Applicable to Successor Contract Pursuant to Predecessor Contractor Collective bargaining Agreement (CBA) (41 U.S.C. 351, *et seq.*).

(d) *Comptroller General Examination of Record.* The Contractor agrees to comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records-Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the actions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c) or (d) of this clause, the Contractor is not required to include any FAR clause other than those listed below (and as may be required by an addenda to this paragraph to establish the reasonableness of prices under Part 15), in a subcontract for commercial components-

(1) 52.222-26, Equal Opportunity (E.O. 11246);

(2) 52.222-35, Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era (38 U.S.C. 2012(a));

(3) 52.222-36, Affirmative Action for Handicapped Workers (29 U.S.C. 793); and

(4) 52.247-64, Preference for Privately-Owned U.S.-Flagged Commercial Vessels (46 U.S.C. 1241) (flow down not required for subcontracts awarded beginning May 1, 1996.)

(End of clause)

**FAR 52.233-2 Service of Protest (8-96)**
[Reference FAR 33.106]

(a) Protests as defined in Section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General Accounting Office (GAO) shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from:

Kenneth M. Shutika
Contracting Officer
GSA, Mid-Atlantic Region
Portfolio Management Division (3PO)
The Wanamaker Building, 7th Floor
100 Penn Square East
Philadelphia, PA 19107-3396

(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

(End of Clause)

**FAR 52.241-2 Order of Precedence--Utilities.** As prescribed in 41.401(c)(1), insert a clause substantially the same as the following:

ORDER OF PRECEDENCE—UTILITIES (FEB 1995)

In the event of any inconsistency between the terms of this contract (including the specifications) and any rate schedule and/or rider incorporated in this contract by reference or otherwise, or any of the Contractor's rules and regulations, the terms of this contract shall control.

(End of clause)



regulations, the terms of this contract shall control.
(End of clause)

(4) The offeror agrees to hold the prices in its offer firm for 7 calendar days from the solicitation due date.

C.2 EVIDENCE OF TECHNICAL CAPABILITY

(a) General: Due to the critical nature of the electricity procured under this solicitation, the ability of the offeror to follow through on the commitments made in this contract is crucial. Offerors are required to submit the information outlined below so that the Government may make a determination of capability without requesting additional information from an offeror. The Contracting Officer reserves the right to request additional information not outlined below.

(b) Qualification: To substantiate meeting general and special capability criteria, the offeror must submit evidence that they possess the following minimum qualifications:

(1) Evidence that they are licensed by the Commonwealth of Pennsylvania, the State of Delaware, or the State of New Jersey as applicable, to provide electric service and that the offer is consistent with State law governing the provision of electric utility service, including state utility commission rulings and electric utility franchise or service territories established pursuant to State statute, regulation, or territorial agreements [FAR 41.201(d)].

(2) Evidence that they possess a Federal Energy Regulatory Commission (FERC) power marketing license. Include FERC Docket No., Date of Application, and Date of Approval;

(3) Evidence that the offeror possesses, at a minimum, the previous twelve continuous months of experience providing firm supply and firm transmission of electricity to retail customers in customer choice environments. To document this experience, the offeror shall submit the contact person, company name, account size, and phone number of the 10 largest retail electric customers during the last twelve continuous months. In addition, the offeror shall provide the estimated number of retail electric accounts (with kWh and KW totals) that the offeror is serving in customer choice environments in order to demonstrate experience serving a diverse customer base.

(4) The offeror must possess, or demonstrate the ability to obtain, firm transmission service agreements in the offeror's name for the interconnection points between the applicable LDU systems required to effect delivery to the Delivery Points of this contract.

(5) The offeror must include in its offer how the offeror plans to supply ("supply plan") the energy required by this contract to the subject Delivery Points. Supply plans must address power source, power path, and risk management.

(6) The offeror shall provide the total number of retail electric customers that it is serving in customer choice environments and its ability to render accurate and timely billing information to LDUs necessary for the computation of bills. The offeror should also be prepared to describe and discuss previous billing problems and corrective actions taken by the offeror to rectify such billing problems.

(7) The evidence of capability required by the above is in addition to the general responsibility criteria set forth in FAR 9.104. In addition, the Government may conduct pre-award surveys in accordance with FAR 9.106 in order to obtain, from available sources, relevant information concerning the offeror's ability to satisfy the standards stated in FAR 9.106.

C.4 SUBMISSION OF PROPOSALS

Offerors must submit 1 original and 2 copies of the entire proposal, which includes both the offeror's pricing and evidence of responsibility. Proposals must be marked as RFP GS-03P-00-AZC-2000. Proposals must be received no later than 2:00 p.m. on February 22, 2000. Proposals must be sent to the following address:

GSA, Mid-Atlantic Region
Business Service Center
The Wanamaker Building, Room 829
100 Penn Square East
Philadelphia, PA 19107-3396
Attn: Kenneth M. Shutika, Contracting Officer

**CAUTION: OFFERORS ARE CAUTIONED THAT ANY AMENDMENTS MUST BE**



CAUTION: OFFERORS ARE CAUTIONED THAT ANY AMENDMENTS MUST BE

ACKNOWLEDGED WITH OFFEROR'S PROPOSAL.

FirstEnergyServicesCorp.
6200 Oak Tree Boulevard
Independence, Ohio 44131

Your FIRST CHOICE

# Electric Generation Services Proposal For GSA, Mid-Atlantic Region

February 21, 2000

THIS PROPOSAL INCLUDES DATA THAT SHALL NOT BE DISCLOSED AND SHALL NOT BE DUPLICATED, USED, OR DISCLOSED – IN WHOLE OR IN PART – FOR ANY PURPOSE OTHER THAN TO EVALUATE THIS PROPOSAL. THIS RESTRICTION DOES NOT LIMIT THE USE OF INFORMATION CONTAINED IN THIS PROPOSAL IF IT IS OBTAINED FROM ANOTHER SOURCE WITHOUT RESTRICTION. THE DATA SUBJECT TO THIS RESTRICTION ARE CONTAINED IN ALL SHEETS OF THIS PROPOSAL.

ARE CONTAINED IN ALL SHEETS OF THIS PROPOSAL.

FirstEnergyServicesCorp.

February 21, 2000

Kenneth M. Shutika, Contracting Officer
GSA, Mid-Atlantic Region
Business Service Center
The Wannamaker Building, Room 829
100 Penn Square East
Philadelphia, PA 19107-3396

Dear Mr. Shutika:

FirstEnergy Services Corp. is pleased to submit our response to the GSA, Mid-Atlantic Region Request for Quotation for Electric Generation Service.

FirstEnergy Services Corp. is a wholly owned subsidiary of FirstEnergy Corp. and was created in 1997 to better focus our energy management services in one entity. While the name FirstEnergy may be new in the energy industry, the companies that form it are not. FirstEnergy was created as a result of a merger between Ohio Edison Company of Akron, Ohio, and Centerior Energy Corp. of Cleveland, Ohio, two investor-owned public utilities that have been serving customers for over a century. These two entities combine to form one of the nation's largest investor-owned utilities.

FirstEnergy Services Corp. has the financial support of its parent and can rely upon not only its in-house crew of technical engineers, but on the expertise of everyone in the FirstEnergy family of companies. This includes our subsidiary companies like Elliott-Lewis Corporation, a leading mechanical construction and energy management firm located in Philadelphia. Through acquisitions and joint ventures, FirstEnergy Corp. has proved reserves of 450 billion cubic feet equivalent of natural gas and 4,700 miles of pipelines.

FirstEnergy Services Corp. is dedicated to and is capable of providing quality service in virtually any aspect of energy services. If you need additional information or further assistance, do not hesitate to call me at (216) 447-2634. We look forward to a long and successful relationship with the GSA, Mid-Atlantic Region.

Sincerely,

C. Randy Cole

C. Randy Cole
National Account Executive

## EXECUTIVE SUMMARY

*FirstEnergy Services Corp. (FES)* is committed to providing the General Services Administration with unsurpassed reliability and the lowest possible energy cost. ***FirstEnergy,*** the parent company of FES, possesses the following qualities enabling the best possible service to our customers:

- **Experience and Qualifications –** ***FirstEnergy*** and our heritage company's have been reliably meeting electric customers' needs for over 100 years. No company brings more experience or better qualifications.
- **Ability to Provide Reliable Electric Service –** ***FirstEnergy*** is the 10th largest electric provider in the nation, currently generating more than 12,000 megawatts of power serving more than 2.2 million customers in the Pennsylvania and Ohio areas.
- **Technical Fitness –** ***FirstEnergy*** presently operates and maintains more than 30 generators at 18 plants, 35 interconnections with eight electric systems, 735 substations and more than 60,500 miles of transmission and distribution lines.
- **Financial Fitness –** ***FirstEnergy*** owns and operates over $18 billion in total assets and has annual operating revenues in excess of $5 billion.
- **Ability to Implement the project Promptly –** ***FirstEnergy,*** with subsidiaries like Penn Power and others, has the resources and the commitment to implement the project promptly and without disruption to critical General Services Administration operations.
- **Creativity –** ***FirstEnergy*** has assembled an unsurpassed team of experts covering the entire spectrum of the energy marketplace and energy technologies, providing our customers with innovative solutions to their energy needs.

### Pricing Worksheets

See Appendix A for proposed pricing and savings worksheets.

### Terms

See Appendix B for copy of Terms and Conditions.



USE OR DISCLOSURE OF DATA CONTAINED ON THIS PAGE IS SUBJECT TO THE RESTRICTION OF THE TITLE PAGE OF THIS PROPOSAL

**Company Background**

While the name "***FirstEnergy***" may be relatively new to the industry, many of the companies that form ***FirstEnergy Corp.*** (FE) have been involved in the energy industry for many years.

***FirstEnergy Corp.*** was created in November 1997 as a result of a merger between two investor owned electric utilities: (1) Ohio Edison of Akron, Ohio, and (2) Centerior Energy Corporation of Cleveland, Ohio. These companies have been providing reliable electric service to more than two million customers (residential, industrial, and government) for over a century, and combined they form the nation's tenth largest electric utility based on assets.

***FirstEnergy Corp.***, the parent Company of the ***FirstEnergy Services Corp.*** (FES) and it's subsidiaries, Ohio Edison, Cleveland Illuminating Company, Toledo Edison, and Pennsylvania Power Company, form one of the nation's largest electric companies with:

- $5.5 billion in annual revenues
- Own and operate assets, including:
  - 12,000 megawatts of generating capacity
  - 35 interconnections with eight electric systems
  - 735 substations
  - more than 60,500 miles of transmission and distribution lines
  - providing electric service to more than 2.2 million customers within 13,200 square miles of central and northeastern Ohio and western Pennsylvania.

***FistEnergy Services Corp.'s*** strategic vision is to become the best performing energy service company in the operating region and to remain our customer's energy supplier of choice. This vision will be realized by fostering continuous improvement and maximizing asset usage while minimizing risks. Continuous cost cutting is achieved by streamlining operations which is made possible by the implementation of emerging technologies and the resultant increase in efficiencies.

USE OR DISCLOSURE OF DATA CONTAINED ON THIS PAGE IS SUBJECT TO THE RESTRICTION OF THE TITLE PAGE OF THIS PROPOSAL



USE OR DISCLOSURE OF DATA CONTAINED ON THIS PAGE IS SUBJECT TO THE RESTRICTION OF THE TITLE PAGE OF THIS PROPOSAL

| Features of *FirstEnergy Services Corp.* | Benefits through the Use of Our Services: |
|---|---|
| • Part of a Corporation with assets of $18 billion | • Financially stable energy business – here for the long-term |
| • Large, diverse parent Corporation | • Advantage of bulk purchasing discounts, favorable insurance and financing rates resulting in lower operating costs |
| • Expertise in every aspect of the energy business available "in-house" | • Streamlined organization assigns responsibility and accountability for getting the job done as well as providing for effective cost-control |
| • Broad base experience in providing energy conservation solutions | • "Real World" solutions for a wide range of complex energy problems |
| • Disciplined and repeatable process | • Efficient and effective energy conservation solution design and implementation capability |

**Figure 1. Why *FirstEnergy Services Corp.?*** ***FirstEnergy Services Corp. is a well established (through heritage companies) energy business providing total "in-house" expertise needed to provide "one-stop shopping" for every energy conservation need as well as offering the financial stability of a large parent corporation.***

*FirstEnergy Services Corp.* currently provides an extensive range of value-added, energy-related services to commercial, Government, and industrial customers. Customer satisfaction is paramount during the accomplishment of all tasks and projects. Working in concert with customer representatives, we continuously strive to provide unparalleled customer satisfaction.

As a member of a financially stable corporation, *FirstEnergy Services Corp.* (FES) benefits from it's sheer size, resulting in savings through bulk purchase discounts, financially credibility, self insurance benefits, as well as favorable insurance and financing rates. In order to control costs, many of these functions are centralized within the parent company, *FirstEnergy Corp.*, rather than individual subsidiaries. Accordingly, *FirstEnergy Corp.*, may execute parental guarantees and performance bonds to the extent necessary to assure General Services Administration of *FirstEnergy Services Corp.'s* financial wherewithal to fully meet the requirements of this contract.

*FirstEnergy Services Corp.* currently provides an extensive range of value-added, energy-related services to commercial, Government, and industrial customers. Customer satisfaction is paramount during the accomplishment of all tasks and projects. Working in concert with customer representatives, we continuously



USE OR DISCLOSURE OF DATA CONTAINED ON THIS PAGE IS SUBJECT TO THE RESTRICTION OF THE TITLE PAGE OF THIS PROPOSAL

strive to provide unparalleled customer satisfaction. In keeping with this corporate philosophy, yes, ***FirstEnergy Services Corp.*** can and will provide additional bonds or insurance needed or required by General Services Administration to supply the desired retail electric generation services. The amount of this bond or insurance coverage is virtually unlimited. The additional cost, if any, to General Services Administration of the added bond or insurance would be modest.

**Financial Viability**

**Please include a copy of your company's most recent SEC Form 10-K and Annual Report.**

See the enclosed copies of FirstEnergy Corp.'s Form 10-K and Annual Report.

**A.1 General**

FES can provide 12 and 13 billing month pricing starting in April, 2000 and an 8 billing month price starting in September, 2000. See Appendix A for proposed pricing.

FES is proposing electric generation service from the PJM Interconnection or ECAR for all accounts. The energy source from the PJM Interconnection is 9% clean power as defined by the GSA in section A. 15. FES currently has no contracts for a certified Green-e product.

**A.2 Delivery Point**

**A.3 Bundled Service**

**A.4 Nominating and Balancing Responsibility**

**A.5 Credit for Default Service**

**A.6 Risk of Loss**

**A.7 Protection of Contract Information**

**A.8 Payment and Billing**

Should the local utility fail to meet standard EDI requirements and fail to pass data allowing for accurate and timely billing. FES reserves the right to convert customers from consolidated to dual billing.

**A.9 Contract Reports**

FES will provide quarterly contract reports without monthly summaries.

**A.10 GSA Administrative Fee**

**A.11 Anti-deficiency**

**A.12 Authorized Users**



USE OR DISCLOSURE OF DATA CONTAINED ON THIS PAGE IS SUBJECT TO THE RESTRICTION OF THE TITLE PAGE OF THIS PROPOSAL

**A.13 Adding Facilities to This Contract**
**A.14 Extension Provisions**
**A.15 Renewable Power Products**

FES is proposing electric generation service from the PJM Interconnection or ECAR for all accounts. The energy source from the PJM Interconnection is 9% clean power as defined by the GSA in section A. 15. FES currently has no contracts for a certified Green-e product.

**A.16 Green-e Requirements**

FES is currently not Green-e certified. FES uses the PJM Interconnection (PJM) to deliver electric generation. See the environmental information for PJM in Appendix B.

**A.17 Regulatory Risk**

According to PennPower Company, only accounts with rate codes GS or GM (not GP) can be switched to PennPower and back to an Electric Generation Supplier in less than 12 months.

**B. FAR Clauses**

**C.1 Pricing**

See Appendix A for proposed pricing.

**C.2 <u>EVIDENCE OF TECHNICAL CAPABILITY</u>**

**(a) <u>General</u>: Due to the critical nature of the electricity procured under this solicitation...**

**(b) <u>Qualification</u>: To substantiate meeting general and special capability criteria, the offeror must submit evidence that they possess the following minimum qualifications:**

**(1) Evidence that they are licensed by the Commonwealth of Pennsylvania, the State of Delaware or the State of New Jersey, to provide electric service and that the offer is consistent with State law governing the provision of electric utility service, including state utility commission rulings and electric utility franchise or service territories established pursuant to State statute, regulation, or territorial agreements [FAR 41.201(d)].**

*FirstEnergy Services Corp.* is a licensed provider of electric service in the states of New Jersey, Pennsylvania and Delaware. Submitted as evidence are the license

USE OR DISCLOSURE OF DATA CONTAINED ON THIS PAGE IS SUBJECT TO THE RESTRICTION OF THE TITLE PAGE OF THIS PROPOSAL



USE OR DISCLOSURE OF DATA CONTAINED ON THIS PAGE IS SUBJECT TO THE RESTRICTION OF THE TITLE PAGE OF THIS PROPOSAL

number PESL-0024 (NJ), A-110078 (PA) and 99-436 (DE Docket Number). ***FES*** has established a corporate commitment to comply with all rules, regulations and procedures imposed by all state agencies.

**(2) Evidence that they possess a Federal Energy Regulatory Commission (FERC) power marketing license. Include FERC Docket No., Date of Application, and Date of Approval;**

A copy of FERC information is provided in Appendix C of this proposal. *FirstEnergy Services Corp.* has established a corporate commitment to comply with all rules, regulations and procedures imposed by the FERC.

**(3) Evidence that the offeror possesses, at a minimum, the previous twelve continuous months of experience providing firm supply and firm transmission of electricity to retail customers in customer choice environments. To document this experience, the offeror shall submit the contact person, company name, account size, and phone number of the 10 largest retail electric customers during the last twelve continuous months. In addition, the offeror shall provide the estimated number of retail electric accounts (with kWh and KW totals) that the offeror is serving in customer choice environments in order to demonstrate experience serving a diverse customer base.**



USE OR DISCLOSURE OF DATA CONTAINED ON THIS PAGE IS SUBJECT TO THE RESTRICTION OF THE TITLE PAGE OF THIS PROPOSAL

| Organization | Contact Information |
|---|---|
| Wal-Mart Stores, Inc. | Jim Stanway, Director of Rate Procurement<br>2001 Southeast 10th St. Dept. 8017<br>Bentonville, AR 72712 |
| Central Pennsylvania Energy Consortium, Delaware Valley Energy Consortium, Northern Tier Energy Consortium and the Energy Consortium of Pennsylvania | Mr. Paul L. Zeigler<br>Attorney at Law<br>Zeigler & Zimmerman, P.C.<br>355 North 21st Street, Suite 304<br>P.O. Box 1080<br>Camp Hill, PA 17011-3707<br>Telephone: (717) 731-1484 |
| JoAnn Stores | Dan Maguire<br>VP - Store Planning and Construction<br>5555 Darrow Road<br>Hudson, OH 44236<br>Phone: 330-463-3488 |
| General Motors | 485 W. Milwaukee<br>Detroit, MI 48202 |
| LTV Steel | 25 W. Prospect Ave.<br>Cleveland, OH 44115 |
| Ford Motor Land Services Corp. | Suite 1500 East<br>Dearborn, MI 48126-2477 |
| USS/Kobe Steel | 1807 E. 28th St.<br>Lorain, OH 44055 |
| Northstar Steel | 6767 County Road 9<br>Delta, OH 43515-9449 |
| WCI Steel | 1040 Pine Ave., S.E.<br>Warren, OH 44483 |
| General Electric | 280 Quigley Rd.<br>Cleveland, OH 44113 |

Figure 2. Customer references.

FirstEnergy Services has had great success so far in the PJM Interconnection and ECAR and is looking forward to serving additional GSA accounts. The chart below shows FirstEnergy Services statistics by Local Distribution Company (LDC).



USE OR DISCLOSURE OF DATA CONTAINED ON THIS PAGE IS SUBJECT TO THE RESTRICTION OF THE TITLE PAGE OF THIS PROPOSAL

| EDC | Number of Accounts | 1999 Estimated kWh | 1999 Peak MW Delivered |
|---|---|---|---|
| PECO Energy | 1141 | 198,606,000 | 25 |
| GPU - MetEd | 108 | 83,418,000 | 15 |
| GPU - Penelec | 352 | 494,046,000 | 60 |
| PP&L | 137 | 194,604,000 | 25 |
| UGI | 2 | 3,118,000 | 0 |

Figure 3. Statistics by LDC.

**(4) The offeror must possess, or demonstrate the ability to obtain, firm transmission service agreements in the offeror's name for the interconnection points between the applicable LDU systems required to effect delivery to the Delivery Points of this contract.**

*FirstEnergy* Services Corporation is currently providing firm reliable power, through the PJM Interconnection and ECAR. FES presently has six traders in the trading room handling various duties, several market analysts, schedulers, etc. that will handle any additional ancillary services required. FES is currently buying power on the open market and has approximately 190 contracts in-place with various investor owned utilities, municipals, etc. FES is continuously developing additional contacts to buy power on the open market.

**(5) The offeror must include in its offer how the offeror plans to supply ("supply plan") the energy required by this contract to the subject Delivery Points. Supply plans must address power source, power path, and risk management.**

The FES supply plan includes the utilization of the PJM Interconnection and ECAR. In addition, FES deploys the following risk management tools: Forward Contracts, Call Options, Put Options, Price Caps, Price Floors and Collars.

**(6) The offeror shall provide the total number of retail electric customers that it is serving in customer choice environments and its ability to render accurate and timely billing information to LDUs necessary for the computation of bills. The offeror should also be prepared to describe and discuss previous billing problems and corrective actions taken by the offeror to rectify such billing problems.**

FirstEnergy Services tracks its service by account. The chart below shows FirstEnergy Services statistics by Local Distribution Company (LDC).



USE OR DISCLOSURE OF DATA CONTAINED ON THIS PAGE IS SUBJECT TO THE RESTRICTION OF THE TITLE

| EDC | Number of Accounts | 1999 Estimated kWh | 1999 Peak MW Delivered |
|---|---|---|---|
| PECO Energy | 1141 | 198,606,000 | 25 |
| GPU - MetEd | 108 | 83,418,000 | 15 |
| GPU - Penelec | 352 | 494,046,000 | 60 |
| PP&L | 137 | 194,604,000 | 25 |
| UGI | 2 | 3,118,000 | 0 |

Figure 4. Statistics by LDC.

The FES's billing system has been specifically designed for use in a retail access environment. It was under development long before any specific billing requirements were established under the Pennsylvania Customer Choice Program. This means that, by necessity, a high degree of flexibility is built into the system. Billing Statements must comply with the orders of the Public Utilities Commission, but beyond that, the system provides numerous alternatives. The architecture of the software that generates the billing ties each account to its own billing format so that each metered facility can theoretically be billed in a unique way. The system can provide individual site billing, summary billing, different rates for different sites, a single bill for the EDC and commodity, etc.

**(7) The evidence of capability required by the above is in addition to the general responsibility criteria set forth in FAR 9.104. In addition, the Government may conduct pre-award surveys in accordance with FAR 9.106 in order to obtain, from available sources, relevant information concerning the offeror's ability to satisfy the standards stated in FAR 9.106.**

All of the information provided on this statement (within this proposal) and any backup documentation is true and accurate to the best of my knowledge.

Signature: [signature] Title: Business Analyst

Print Name: Thomas M. Bellish Date: 2/21/00



USE OR DISCLOSURE OF DATA CONTAINED ON THIS PAGE IS SUBJECT TO THE RESTRICTION OF THE TITLE

NJ

E001397

# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS

*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30*

1. REQUISITION NO.
PAGE 1 OF 15

2. CONTRACT NO.
3. AWARD/EFFECTIVE DATE
4. ORDER NO.
5. SOLICITATION NO. GS-00P-99-BSD-0128
6. SOLICITATION ISSUE DATE July 16, 1999

7. FOR SOLICITATION INFORMATION CALL: a. NAME Lindsey C. Lee
b. TELEPHONE NO. (No collect calls) (202) 501-2291
8. OFFER DUE DATE/LOCAL TIME October 8, 1999 2:00 p.m.

9. ISSUED BY CODE
General Services Administration
Energy Center of Expertise (PNE)
1800 F Street, NW, Room 2301
Washington, DC 20405

10. THIS ACQUISITION IS ☒ UNRESTRICTED ☐ SET ASIDE: % FOR ☐ SMALL BUSINESS ☐ SMALL DISADV. BUSINESS ☐ 8(A)
SIC: 4911
SIZE STD: 4 million MWhrs

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED ☒ SEE SCHEDULE
12. DISCOUNT TERMS
☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)
13b. RATING
14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☒ RFP

15. DELIVER TO CODE
See Block 9 Address

16. ADMINISTERED BY CODE
See Block 9

17a. CONTRACTOR/OFFEROR CODE FACILITY CODE
TELEPHONE NO.

18a. PAYMENT WILL BE MADE BY CODE
See Section A of Contract.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☒ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| 1 | See SUBMISSION REQUIREMENTS - PRICING SECTION C.1 | See Exhibit 1 | kWh | Various | |
| | TOTAL *(Attach Additional Sheets as Necessary)* | | | | |

25. ACCOUNTING AND APPROPRIATION DATA
See Exhibit 3

26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*

☒ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.

☐ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 2 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

☐ 29. AWARD OF CONTRACT: REFERENCE ________ OFFER DATED ________. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR [signature]

31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* [signature]

30b. NAME AND TITLE OF SIGNER *(TYPE OR PRINT)* Douglas S. Elliott, Vice President
30c. DATE SIGNED 10/20/99

31b. NAME OF CONTRACTING OFFICER *(TYPE OR PRINT)* Lindsey C. Lee
31c. DATE SIGNED 10/22/99

32a. QUANTITY IN COLUMN 21 HAS BEEN ☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

33. SHIP NUMBER ☐ PARTIAL
34. VOUCHER NUMBER
35. AMOUNT VERIFIED CORRECT FOR
36. PAYMENT ☐ COMPLETE ☐ PARTIAL ☐
37. CHECK NUMBER

32b. SIGNATURE OF AUTHORIZED GOVT REPRESENTATIVE
32c. DATE

38. S/R ACCOUNT NO.
39. S/R VOUCHER NO.
40. PAID BY

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT
41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER
41c. DATE

42a. RECEIVED BY *(Print)*
42b. RECEIVED AT *(Location)*
42c. DATE REC'D *(YY/MM/DD)*
42d. TOTAL CONTAINERS

AUTHORIZED FOR LOCAL REPRODUCTION
Computer Generated
SEE REVERSE FOR OMB CONTROL NUMBER AND PAPERWORK BURDEN STATEMENT Prescribed by GSA - FAR (48 CFR) 53.212
STANDARD FORM 1449 (10-95)

***FirstEnergy***
**6200 Oak Tree Boulevard**
**Independence, Ohio 44131**

# Electric Generation Services
# Proposal For
# General Services Administration

RFP GS-00P-99-BSD-0128

October [illegible], 1999

THIS PROPOSAL INCLUDES DATA THAT SHALL NOT BE DISCLOSED AND SHALL NOT BE DUPLICATED, USED, OR DISCLOSED – IN WHOLE OR IN PART – FOR ANY PURPOSES OTHER THAN TO EVALUATE THIS PROPOSAL. THIS RESTRICTION DOES NOT LIMIT THE USE OF INFORMATION CONTAINED IN THIS PROPOSAL IF IT IS OBTAINED FROM ANOTHER SOURCE WITHOUT RESTRICTION. THE DATA SUBJECT TO THIS RESTRICTION ARE CONTAINED IN ALL SHEETS OF THIS PROPOSAL.

FROM ANOTHER SOURCE WITHOUT RESTRICTION. THE DATA SUBJECT TO THIS RESTRICTION ARE CONTAINED

FirstEnergy Services Corp. is dedicated to and is capable of providing quality service in virtually any aspect of energy services. If you need additional information or further assistance, do not hesitate to call me at (216) 447-2634. We look forward to a long and successful relationship with General Services Administration.

Sincerely,

C. Randy Cole
National Account Executive

CC: T. M. Bellish

FirstEnergy

October 5, 1999

General Services Administration
Energy Center of Expertise
1800 F Street, NW, Room 2301
Washington, DC 20405
Attn: Lindsey C. Lee, Contracting Officer

Dear Mr. Lee,

FirstEnergy Services Corp. is pleased to submit our response to the General Services Administration Request for Quotation for Electric Generation Service.

FirstEnergy Services Corp. is the wholly owned subsidiary of FirstEnergy Corp. and was created in 1997 to better focus our energy management services in one entity. While the name FirstEnergy may be new in the energy industry, the companies that form it are not. FirstEnergy was created as a result of a merger between Ohio Edison Company of Akron, Ohio, and Centerior Energy Corp. of Cleveland, Ohio, two investor-owned public utilities that have been serving customers for over a century. These two entities combine to form one of the nation's largest investor-owned utilities.

FirstEnergy Services Corp. has the financial support of its parent and can rely upon not only its in-house crew of technical engineers, but on the expertise of everyone in the FirstEnergy family of companies. This includes our subsidiary companies like Elliott-Lewis Corporation, a leading mechanical construction and energy management firm located in Philadelphia. To further enhance our capabilities, we have expanded to include fully integrated natural gas supply capabilities.

FirstEnergy Services Corp. is dedicated to and is capable of providing quality service in virtually any aspect of energy services. If you need additional information or further assistance, do not hesitate to call me at (216) 447-2634. We look forward to a long and successful relationship with General Services Administration.

Sincerely,

C. Randy Cole

C. Randy Cole
National Account Executive

## EXECUTIVE SUMMARY

*FirstEnergy Services Corp. (FES)* is committed to providing the General Services Administration with unsurpassed reliability and the lowest possible energy cost. ***FirstEnergy***, the parent company of FES, possesses the following qualities enabling the best possible service to our customers:

- **Experience and Qualifications** – *FirstEnergy* and our heritage company's have been reliably meeting electric customers' needs for over 100 years. No company brings more experience or better qualifications.
- **Ability to Provide Reliable Electric Service** – *FirstEnergy* is the 10th largest electric provider in the nation, currently generating more than 12,000 megawatts of power serving more than 2.2 million customers in the Pennsylvania and Ohio areas.
- **Technical Fitness** – *FirstEnergy* presently operates and maintains more than 30 generators at 18 plants, 35 interconnections with eight electric systems, 735 substations and more than 60,500 miles of transmission and distribution lines.
- **Financial Fitness** – *FirstEnergy* owns and operates over $18 billion in total assets and has annual operating revenues in excess of $5 billion.
- **Ability to Implement the project Promptly** – *FirstEnergy*, with subsidiaries like Penn Power and others, has the resources and the commitment to implement the project promptly and without disruption to critical General Services Administration operations.
- **Creativity** – *FirstEnergy* has assembled an unsurpassed team of experts covering the entire spectrum of the energy marketplace and energy technologies, providing our customers with innovative solutions to their energy needs.

## Pricing Worksheets

See Appendix A for proposed pricing and savings worksheets.

## Terms

See Appendix B for copy of Terms and Conditions.



USE OR DISCLOSURE OF DATA CONTAINED ON THIS PAGE IS SUBJECT TO THE RESTRICTION OF THE TITLE PAGE OF THIS PROPOSAL

## Company Background

While the name "*FirstEnergy*" may be relatively new to the industry, many of the companies that form *FirstEnergy Corp.* (FE) have been involved in the energy industry for many years.

*FirstEnergy Corp.* was created in November 1997 as a result of a merger between two investor owned electric utilities: (1) Ohio Edison of Akron, Ohio, and (2) Centerior Energy Corporation of Cleveland, Ohio. These companies have been providing reliable electric service to more than two million customers (residential, industrial, and government) for over a century, and combined they form the nation's tenth largest electric utility based on assets.

*FirstEnergy Corp.*, the parent Company of the *FirstEnergy Services Corp.* (FES) and it's subsidiaries, Ohio Edison, Cleveland Illuminating Company, Toledo Edison, and Pennsylvania Power Company, form one of the nation's largest electric companies with:

- $5.0 billion in annual revenues
- Own and operate assets, including:
  - 12,000 megawatts of generating capacity
  - 35 interconnections with eight electric systems
  - 735 substations
  - more than 60,500 miles of transmission and distribution lines
  - providing electric service to more than 2.2 million customers within 13,200 square miles of central and northeastern Ohio and western Pennsylvania.

*FistEnergy Services Corp.'s* strategic vision is to become the best performing energy service company in the operating region and to remain our customer's energy supplier of choice. This vision will be realized by fostering continuous improvement and maximizing asset usage while minimizing risks. Continuous cost cutting is achieved by streamlining operations which is made possible by the implementation of emerging technologies and the resultant increase in efficiencies.



USE OR DISCLOSURE OF DATA CONTAINED ON THIS PAGE IS SUBJECT TO THE RESTRICTION OF THE TITLE PAGE OF THIS PROPOSAL

| Features of FirstEnergy Services Corp. | Benefits through the Use of Our Services. |
|---|---|
| • **Part of a Corporation with assets of $18 billion** | • **Financially stable energy business – here for the long-term** |
| • **Large, diverse parent Corporation** | • **Advantage of bulk purchasing discounts, favorable insurance and financing rates resulting in lower operating costs** |
| • **Expertise in every aspect of the energy business available "in-house"** | • **Streamlined organization assigns responsibility and accountability for getting the job done as well as providing for effective cost-control** |
| • **Broad base experience in providing energy conservation solutions** | • **"Real World" solutions for a wide range of complex energy problems** |
| • **Disciplined and repeatable process** | • **Efficient and effective energy conservation solution design and implementation capability** |

Figure 1. Why *FirstEnergy Services Corp.? FirstEnergy Services Corp. is a well established (through heritage companies) energy business providing total "in-house" expertise needed to provide "one-stop shopping" for every energy conservation need as well as offering the financial stability of a large parent corporation.*

*FirstEnergy Services Corp.* currently provides an extensive range of value-added, energy-related services to commercial, Government, and industrial customers. Customer satisfaction is paramount during the accomplishment of all tasks and projects. Working in concert with customer representatives, we continuously strive to provide unparalleled customer satisfaction.

As a member of a financially stable corporation, *FirstEnergy Services Corp.* (FES) benefits from it's sheer size, resulting in savings through bulk purchase discounts, financially credibility, self insurance benefits, as well as favorable insurance and financing rates. In order to control costs, many of these functions are centralized within the parent company, *FirstEnergy Corp.*, rather than individual subsidiaries. Accordingly, *FirstEnergy Corp.*, may execute parental guarantees and performance bonds to the extent necessary to assure General Services Administration of *FirstEnergy Services Corp.'s* financial wherewithal to fully meet the requirements of this contract.

*FirstEnergy Services Corp.* currently provides an extensive range of value-added, energy-related services to commercial, Government, and industrial customers. Customer satisfaction is paramount during the accomplishment of all tasks and



USE OR DISCLOSURE OF DATA CONTAINED ON THIS PAGE IS SUBJECT TO THE RESTRICTION OF THE TITLE PAGE OF THIS PROPOSAL

projects. Working in concert with customer representatives, we continuously strive to provide unparalleled customer satisfaction. In keeping with this corporate philosophy, yes, *FirstEnergy Services Corp.* can and will provide additional bonds or insurance needed or required by General Services Administration to supply the desired retail electric generation services. The amount of this bond or insurance coverage is virtually unlimited. The additional cost, if any, to General Services Administration of the added bond or insurance would be modest.

**Financial Viability**

**Please include a copy of your company's most recent SEC Form 10-K and Annual Report.**

See the enclosed copies of FirstEnergy Corp.'s Form 10-K and Annual Report.

**A.1 General**

FES can provide a 17-month quote. See Appendix A for proposed pricing.

**A.2 Delivery Point**

The delivery point is designated by the local electric utility.

**A.3 Bundled Service**
**A.4 Nominating and Balancing Responsibility**
**A.5 Credit for Default Service**
**A.6 Risk of Loss**
**A.7 Protection of Contract Information**
**A.8 Payment and Billing**
**A.9 Contract Reports**
**A.10 GSA Administrative Fee**
**A.11 Anti-deficiency**
**A.12 Air Emissions Standard**

The emission data given are default values and represent the average amount of air pollution associated with the generation of electricity in the region:

Sulfur Dioxide ($SO_2$): 5.81 lbs/MWh
Oxides of Nitrogen (Nox): 4.82 lbs/MWh
Carbon Dioxide ($CO_2$): 4.45 lbs/MWh.

**A.13 Renewable Energy**

FES plans to comply with all regulations of the New Jersey Board of Public Utilities.



PAGE OF THIS PROPOSAL

**A.14 Authorized Users**
**A.15 Year 2000 Compliance**

FirstEnergy and its subsidiaries are currently working to identify and correct all systems that may be affected by the Year 2000 Issue. The company's assessment is an ongoing effort, and the information regarding Year 2000 is changing rapidly.

We currently believe that with modifications to existing software and conversions to new software, the Year 2000 Issue will pose no significant operational problems for our computer systems as so modified and converted.

We have initiated formal communications with many of our major suppliers to determine the extent to which we are vulnerable to those third parties' failure to resolve their own Year 2000 problems. There can be no guarantee that the failure of other companies to resolve their own Year 2000 issues will not have a material adverse effect on us.

We are utilizing both internal and external resources to reprogram and/or replace and test the software for Year 2000 modifications. Most of our Year 2000 problems will be resolved through system replacements. The different phases of our Year 2000 project will be completed at various dates, most of which occur in 1999. We plan to complete the entire Year 2000 project by mid-December 1999.

**A.16 Adding facilities to this contract**
**A.17 Extension Provisions**

**B. FAR Clauses**

**C.1 Pricing**

See Appendix A for proposed pricing.

**C.2 EVIDENCE OF TECHNICAL CAPABILITY**

**(a) General: Due to the critical nature of the electricity procured under this solicitation...**

**(b) Qualification: To substantiate meeting general and special capability criteria, the offeror must submit evidence that they possess the following minimum qualifications:**

**(1) Evidence that they are licensed by the State of New Jersey to provide electric service and that the offer is consistent with State law governing the provision of electric utility service, including state utility commission rulings and electric utility**



USE OR DISCLOSURE OF DATA CONTAINED ON THIS PAGE IS SUBJECT TO THE RESTRICTION OF THE TITLE PAGE OF THIS PROPOSAL

**franchise or service territories established pursuant to State statute, regulation, or territorial agreements [FAR 41.201(d)].**

*FirstEnergy Services Corp.* is a licensed provider of electric service in the state of New Jersey. Submitted as evidence is the license number PESL-0024. *FES* has established a corporate commitment to comply with all rules, regulations and procedures imposed by the NJ BPU.

**(2) Evidence that they possess a Federal Energy Regulatory Commission (FERC) power marketing license. Include FERC Docket No., Date of Application, and Date of Approval;**

A copy of FERC information is provided in Appendix C of this proposal. *FirstEnergy Services Corp.* has established a corporate commitment to comply with all rules, regulations and procedures imposed by the FERC.

**(3) Evidence that the offeror possesses, at a minimum, the previous twelve continuous months of experience providing firm supply and firm transmission of electricity to retail customers in customer choice environments. To document this experience, the offeror shall submit the contact person, company name, account size, and phone number of the 10 largest retail electric customers during the last twelve continuous months. In addition, the offeror shall provide the estimated number of retail electric accounts (with kWh and KW totals) that the offeror is serving in customer choice environments in order to demonstrate experience serving a diverse customer base.**

| Company Name | Company location/address |
|---|---|
| General Motors | 485 W. Milwaukee<br>Detroit, MI 48202 |
| LTV Steel | 25 W. Prospect Ave.<br>Cleveland, OH 44115 |
| Ford Motor Land Services Corp. | Suite 1500 East<br>Dearborn, MI 48126-2477 |
| USS/Kobe Steel | 1807 E. 28th St.<br>Lorain, OH 44055 |
| Northstar Steel | 6767 County Road 9<br>Delta, OH 43515-9449 |
| WCI Steel | 1040 Pine Ave., S.E.<br>Warren, OH 44483 |
| Marmaxx | 770 Cochituate Road<br>Framingham, MA 01701 |



USE OR DISCLOSURE OF DATA CONTAINED ON THIS PAGE IS SUBJECT TO THE RESTRICTION OF THE TITLE PAGE OF THIS PROPOSAL

| Company Name | Company location/address |
|---|---|
| General Electric | 280 Quigley Rd.<br>Cleveland, OH 44113 |
| Air Products and Chemicals | 2820 Quigley Rd.<br>Cleveland, OH 44113 |
| Sun Company, Inc. | 1819 Woodville Rd.<br>Toledo, OH 43693 |

Figure 2. Customer references.

FirstEnergy Services has had great success so far in the PJM Interconnection and is looking forward to serving in the state of New Jersey. The chart below shows FirstEnergy Services statistics by Local Distribution Company (LDC).

| LDC | Number of Accounts | 1999 Estimated kWh | 1999 Peak MW Delivered |
|---|---|---|---|
| PECO Energy | 1141 | 198,606,000 | 25 |
| GPU - MetEd | 108 | 83,418,000 | 15 |
| GPU - Penelec | 352 | 494,046,000 | 60 |
| PP&L | 137 | 194,604,000 | 25 |
| UGI | 2 | 3,118,000 | 0 |

**(4) The offeror must possess, or demonstrate the ability to obtain, firm transmission service agreements in the offeror's name for the interconnection points between the applicable LDU systems required to effect delivery to the Delivery Points of this contract.**

*FirstEnergy* Services Corporation is currently providing firm reliable power, through the PJM Interconnection. FES presently has six traders in the trading room handling various duties, several market analysts, schedulers, etc. that will handle any additional ancillary services required. FES is currently buying power on the open market and has approximately 190 contracts in-place with various investor owned utilities, municipals, etc. FES is continuously developing additional contacts to buy power on the open market.

**(5) The offeror must include in its offer how the offeror plans to supply ("supply plan") the energy required by this contract to the subject Delivery Points. Supply plans must address power source, power path, and risk management.**



USE OR DISCLOSURE OF DATA CONTAINED ON THIS PAGE IS SUBJECT TO THE RESTRICTION OF THE TITLE PAGE OF THIS PROPOSAL

The FES supply plan includes the utilization of the PJM Interconnection. In addition, FES deploys the following risk management tools: Forward Contracts, Call Options, Put Options, Price Caps, Price Floors and Collars.

**(6) The offeror shall provide the total number of retail electric customers that it is serving in customer choice environments and its ability to render accurate and timely billing information to LDUs necessary for the computation of bills. The offeror should also be prepared to describe and discuss previous billing problems and corrective actions taken by the offeror to rectify such billing problems.**

FirstEnergy Services tracks its service by account. The chart below shows FirstEnergy Services statistics by Local Distribution Company (LDC).

| LDC | Number of Accounts | 1999 Estimated kWh | 1999 Peak MW Delivered |
|---|---|---|---|
| PECO Energy | 1141 | 198,606,000 | 25 |
| GPU - MetEd | 108 | 83,418,000 | 15 |
| GPU - Penelec | 352 | 494,046,000 | 60 |
| PP&L | 137 | 194,604,000 | 25 |
| UGI | 2 | 3,118,000 | 0 |

The FES's billing system has been specifically designed for use in a retail access environment. It was under development long before any specific billing requirements were established under the Pennsylvania Customer Choice Program. This means that, by necessity, a high degree of flexibility is built into the system. Billing Statements must comply with the orders of the Public Utilities Commission, but beyond that, the system provides numerous alternatives. The architecture of the software that generates the billing ties each account to its own billing format so that each metered facility can theoretically be billed in a unique way. The system can provide individual site billing, summary billing, different rates for different sites, a single bill for the EDC and commodity, etc.

**(7) The evidence of capability required by the above is in addition to the general responsibility criteria set forth in FAR 9.104. In addition, the Government may conduct pre-award surveys in accordance with FAR 9.106 in order to obtain, from available sources, relevant information concerning the offeror's ability to satisfy the standards stated in FAR 9.106.**

USE OR DISCLOSURE OF DATA CONTAINED ON THIS PAGE IS SUBJECT TO THE RESTRICTION OF THE TITLE PAGE OF THIS PROPOSAL



USE OR DISCLOSURE OF DATA CONTAINED ON THIS PAGE IS SUBJECT TO THE RESTRICTION OF THE TITLE

## C.3 ENVIRONMENTAL SUBMISSION

**Pursuant to the mandates embodied in New Jersey Public Law 1999, c.23, the interim rules of the Board for environmental disclosure to retail customers require every electric service supplier to provide the following:**

(1) **Electricity suppliers shall disclose the fuels in the fuel mix associated with the generation of the electricity product being offered in response to this solicitation using the following energy resource categories: oil, natural gas, nuclear, coal, solar technologies, hydroelectric, wind and methane gas from landfills or a biomass facility.**

Default values shown represent 1996 regional averages:
Coal: 49%
Nuclear: 34%
Gas: 7%
Oil: 6%
Pumped Hydro: 2%
Solid Waste: 2%

(2) **Electricity suppliers shall disclose the emissions of sulfur dioxide (S02), oxides of nitrogen (Nox), and carbon dioxide (C02) based on a weighted average (expressed in pounds per MWh) associated with the generation of the electricity product being offered in response to this solicitation.**

The emission data given are default values and represent the average amount of air pollution associated with the generation of electricity in the region:
Sulfur Dioxide (SO2): 5.81 lbs/MWh
Oxides of Nitrogen (Nox): 4.82 lbs/MWh
Carbon Dioxide (CO2): 4.45 lbs/MWh.

All of the information provided on this statement (within this proposal) and any backup documentation is true and accurate to the best of my knowledge.

Signature: Thomas A. Bullock Title: Business Analyst

Print Name: Thomas A. Bullock Date: 10/5/99



PAGE OF THIS PROPOSAL

# APPENDIX A

## Proposed Pricing

USE OR DISCLOSURE OF DATA CONTAINED ON THIS PAGE IS SUBJECT TO THE RESTRICTION OF THE TITLE PAGE OF THIS PROPOSAL

PAGE OF THIS PROPOSAL

# Proposed Pricing

FirstEnergy

**Price Offer(s) Expire On or Before: 10/29/99**

## Customer: General Services Administration, New Jersey

| Line No. | Description | EDC | EDC Account Number | EDC Rate Code | FES Pricing ¢/kWh (a) | Anticipated Start Date | Initial Term Months | Interval Metered (b) |
|---|---|---|---|---|---|---|---|---|
| 1 | GFDL/NOAA | PSE&G | 6218996751 | LPLS | 3.37 | 11/99 | 6 | |
| 2 | Post Office | PSE&G | 3166818812 | LPLS | 3.37 | 11/99 | 6 | |
| 3 | Post Office | PSE&G | 4105322813 | LPLS | 3.37 | 11/99 | 6 | |
| 4 | Post Office | PSE&G | 6204905910 | MDTO | 3.58 | 11/99 | 6 | |
| 5 | Post Office | PSE&G | 6176049717 | LPLS | 3.37 | 11/99 | 6 | |
| 6 | Post Office | PSE&G | 6256639154 | LPLS | 3.37 | 11/99 | 6 | |
| 7 | Post Office | PSE&G | 1104895919 | LPLS | 3.37 | 11/99 | 6 | |
| 8 | Post Office | PSE&G | 1168395316 | HTS | 3.37(c) | 11/99 | 6 | Yes |
| 9 | US Postal Service | PSE&G | 3125623634 | LPLS | 3.37 | 11/99 | 6 | |
| 10 | Post Office | PSE&G | 1152328816 | LPLS | 3.37 | 11/99 | 6 | |
| 11 | EllisIsland | PSE&G | 2100345818 | LPLP | 3.25 | 11/99 | 6 | |
| 12 | FAA | PSE&G | 1109843917 | LPLP | 3.25 | 11/99 | 6 | |
| 13 | Bureau of Prison | JCP&L | 21746595030014 | GP | 3.35 | 11/99 | 6 | Yes |
| 14 | Post Office | PSE&G | 1141938510 | MDDN | 3.58 | 11/99 | 6 | |
| 15 | Post Office | PSE&G | 5118923611 | LPLS | 3.37 | 11/99 | 6 | |
| 16 | US Postal Service | PSE&G | 5237908918 | LPLP | 3.25 | 11/99 | 6 | |
| 17 | Post Office | PSE&G | 6118904928 | LPLS | 3.37 | 11/99 | 6 | |
| 18 | Post Office | PSE&G | 4106829118 | LPLS | 3.37 | 11/99 | 6 | |
| 19 | Bureau of Prison | JCP&L | 21746595020015 | GP | 4.05 | 11/99 | 6 | Yes |
| 20 | Bureau of Prison | JCP&L | 21746595040013 | GP | 3.58 | 11/99 | 6 | Yes |

(a) All price offers are subject to change without further notice and are dependent on availability. This price includes electric generation service and associated electric transmission service where applicable. You should compare this price to your local utility's "price to compare". All prices subject to acceptable credit terms.

(b) All accounts are assumed monthly metered (non-interval metered) according to the EDC definition unless a "Yes".

(c) We reserve the right to adjust this price based on actual interval data for this account.

See attached example of the Services and Supply Agreement and General Terms and Conditions.

USE OR DISCLOSURE OF DATA CONTAINED ON THIS PAGE IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL.

# Proposed Pricing

FirstEnergy

**Price Offer(s) Expire On or Before: 10/29/99**

## Customer: General Services Administration, New Jersey

| Line No. | Description | EDC | EDC Account Number | EDC Rate Code | FES Pricing ¢/Kwh (a) | Anticipated Start Date | Initial Term Months | Interval Metered (b) |
|---|---|---|---|---|---|---|---|---|
| 21 | Coast Guard | JCP&L | 21665112406012 | GS | 3.61 | 11/99 | 6 | |
| 22 | GSA | PSEG TOTAL | 6223647115 | LPLS | 3.54 | 11/99 | 6 | |
| 23 | GSA | PSEG TOTAL | 6409919719 | LPLS | 3.54 | 11/99 | 6 | |
| 24 | Post Office | PSEG TOTAL | 3113608651 | LPLS | 3.54 | 11/99 | 6 | |
| 25 | Post Office | PSEG TOTAL | 6184709313 | LPLS | 3.54 | 11/99 | 6 | |
| 26 | US Postal Service | PSEG TOTAL | 6447708886 | LPLS | 3.54 | 11/99 | 6 | |
| 27 | Post Office | PSEG | 6108901241 | MD | 3.76 | 11/99 | 6 | |
| 28 | Post Office | PSEG | 5268118609 | MD | 3.76 | 11/99 | 6 | |
| 29 | Post Office | GPU | 21644211339010 | GS | 3.79 | 11/99 | 6 | |
| 30 | Post Office | GPU | 21774216725416 | GS | 3.79 | 11/99 | 6 | |
| 31 | Post Office | GPU | 21686522134010 | GS | 3.79 | 11/99 | 6 | |
| 32 | Post Office | GPU | 21703218427010 | GS | 3.79 | 11/99 | 6 | |
| 33 | MathenySchool | GPU | 21753512441514 | GS | 3.79 | 11/99 | 6 | |
| 34 | Post Office | GPU | 21795127407018 | GS | 3.79 | 11/99 | 6 | |
| 35 | | | | | | | | |
| 36 | | | | | | | | |
| 37 | | | | | | | | |
| 38 | | | | | | | | |
| 39 | | | | | | | | |
| 40 | | | | | | | | |

(a) All price offers are subject to change without further notice and are dependent on availability. This price includes electric generation service and associated electric transmission service where applicable. You should compare this price to your local utility's "price to compare". All prices subject to acceptable credit terms.

(b) All accounts are assumed monthly metered (non-interval metered) according to the EDC definition unless a "Yes".

(c) We reserve the right to adjust this price based on actual interval data for this account.

See attached example of the Services and Supply Agreement and General Terms and Conditions.

USE OR DISCLOSURE OF DATA CONTAINED ON THIS PAGE IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL.

10/20/99 10:55 AM

GSA NJ item group 6 mo NJ Pricing Sheet.doc

# Proposed Pricing

FirstEnergy

**Price Offer(s) Expire On or Before: 10/29/99**

## Customer: General Services Administration, New Jersey

| Line No. | Description | EDC | EDC Account Number | EDC Rate Code | FES Pricing ¢/kWh (a) | Anticipated Start Date | Initial Term Months | Interval Metered (b) |
|---|---|---|---|---|---|---|---|---|
| 1 | FAA Tech Ctr | AE-Con | 05076459994 | TGS | 3.53 | 11/99 | 18 | Yes |
| 2 | FAA Towers | AE-Con | 115391499999 | AGS | 4.15 | 11/99 | 18 | |
| 3 | FAA Towers | AE-Con | 046737499999 | AGS | 4.15 | 11/99 | 18 | |
| 4 | Bureau of Prison | AE-Con | 06803569997 | AGT | 3.83 | 11/99 | 18 | |
| 5 | GSA | PSE&G | 6296502958 | MD | 4.42 | 11/99 | 18 | |
| 6 | Bureau of Prison | JCP&L | 21746595050012 | GP | 3.93 | 11/99 | 18 | Yes |
| 7 | GFDL/NOAA | PSE&G | 6218996751 | LPLS | 4.10 | 11/99 | 18 | |
| 8 | Post Office | JCP&L | 21653240435517 | GST | 4.14 | 11/99 | 18 | |
| 9 | Post Office | JCP&L | 21655110032316 | GS | 4.14 | 11/99 | 18 | |
| 10 | Post Office | PSE&G | 3166818812 | LPLS | 4.10 | 11/99 | 18 | |
| 11 | Post Office | PSE&G | 4105322613 | LPLS | 4.10 | 11/99 | 18 | |
| 12 | Post Office | PSE&G | 6204905910 | MDTO | 4.42 | 11/99 | 18 | |
| 13 | Post Office | PSE&G | 6176049717 | LPLS | 4.10 | 11/99 | 18 | |
| 14 | Post Office | PSE&G | 6256639154 | LPLS | 4.10 | 11/99 | 18 | |
| 15 | Post Office | PSE&G | 1104895919 | LPLS | 4.10 | 11/99 | 18 | |
| 16 | Post Office | PSE&G | 1168395316 | HTS | 4.10(c) | 11/99 | 18 | Yes |
| 17 | US Postal Service | PSE&G | 3125623634 | LPLS | 4.10 | 11/99 | 18 | |
| 18 | Post Office | PSE&G | 1162328816 | LPLS | 4.10 | 11/99 | 18 | |
| 19 | Post Office | AE-Con | 046737499989 | AGS | 4.15 | 11/99 | 18 | |
| 20 | Post Office | AE-Con | 115391499999 | AGS | 4.15 | 11/99 | 18 | |

(a) All price offers are subject to change without further notice and are dependent on availability. This price includes electric generation service and associated electric transmission service where applicable. You should compare this price to your local utility's "price to compare". All prices subject to acceptable credit terms.

(b) All accounts are assumed monthly metered (non-interval metered) according to the EDC definition unless a "Yes".

(c) We reserve the right to adjust this price based on actual interval data for this account.

See attached example of the Services and Supply Agreement and General Terms and Conditions.

# Proposed Pricing

FirstEnergy

**Price Offer(s) Expire On or Before: 10/29/99**

## Customer: General Services Administration, New Jersey

| Line No. | Description | EDC | EDC Account Number | EDC Rate Code | FES Pricing ¢/Kwh (a) | Anticipated Start Date | Initial Term Months | Interval Metered (b) |
|---|---|---|---|---|---|---|---|---|
| 21 | FAA Tech Ctr | AE-Con | 021265499992 | AGS | 4.15 | 11/99 | 18 | |
| 22 | Ellisisland | PSE&G | 2100345818 | LPLP | 3.96 | 11/99 | 18 | |
| 23 | GSA | PSE&G | 2100348442 | MDTO | 4.42 | 11/99 | 18 | |
| 24 | FAA | PSE&G | 1109843917 | LPLP | 3.96 | 11/99 | 18 | |
| 25 | FAA | PSE&G | 4107321703 | MD | 4.42 | 11/99 | 18 | |
| 26 | FAA | PSE&G | 6294939658 | MD | 4.42 | 11/99 | 18 | |
| 27 | JobCorps | PSE&G | 5237905536 | LPLP | 3.96 | 11/99 | 18 | |
| 28 | Bureau of Prison | JCP&L | 21746595030014 | GP | 4.15 | 11/99 | 18 | Yes |
| 29 | Coast Guard | AE-Con | 050766199991 | AGS | 4.09 | 11/99 | 18 | Yes |
| 30 | Coast Guard | JCP&L | 21665112406012 | GS | 4.41 | 11/99 | 18 | |
| 31 | Post Office | PSE&G | 1141938510 | MDDN | 4.42 | 11/99 | 18 | |
| 32 | Post Office | PSE&G | 5118923611 | LPLS | 4.10 | 11/99 | 18 | |
| 33 | US Postal Service | PSE&G | 5237908918 | LPLP | 3.96 | 11/99 | 18 | |
| 34 | Post Office | PSE&G | 6118904928 | LPLS | 4.10 | 11/99 | 18 | |
| 35 | Post Office | PSE&G | 4106829118 | LPLS | 4.10 | 11/99 | 18 | |
| 36 | Post Office | PSE&G | 1250005418 | LPLS | 4.10 | 11/99 | 18 | |
| 37 | Post Office | JCP&L | 21753341436610 | GS | 4.41 | 11/99 | 18 | |
| 38 | Post Office | JCP&L | 21723396289511 | GS | 4.41 | 11/99 | 18 | |
| 39 | Post Office | PSE&G | 6229958 | MD | 4.42 | 11/99 | 18 | |
| 40 | Post Office | PSE&G | 5268118609 | MD | 4.42 | 11/99 | 18 | |

(a) All price offers are subject to change without further notice and are dependent on availability. This price includes electric generation service and associated electric transmission service where applicable. You should compare this price to your local utility's "price to compare. All prices subject to acceptable credit terms.

(b) All accounts are assumed monthly metered (non-interval metered) according to the EDC definition unless a "Yes".

(c) We reserve the right to adjust this price based on actual interval data for this account.

See attached example of the Services and Supply Agreement and General Terms and Conditions.

USE OR DISCLOSURE OF DATA CONTAINED ON THIS PAGE IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL.

# Proposed Pricing

FirstEnergy

**Price Offer(s) Expire On or Before: 10/29/99**

## Customer: General Services Administration, New Jersey

| Line No. | Description | EDC | EDC Account Number | EDC Rate Code | FES Pricing ¢/kWh (a) | Anticipated Start Date | Initial Term Months | Interval Metered (b) |
|---|---|---|---|---|---|---|---|---|
| 41 | Post Office | AE-Con | 0928335999993 | AGS | 4.15 | 11/99 | 18 | |
| 42 | Post Office | PSE&G | 5201337759 | MD | 4.42 | 11/99 | 18 | |
| 43 | Bureau of Prison | JCP&L | 21746595020015 | GP | 4.95 | 11/99 | 18 | Yes |
| 44 | Bureau of Prison | JCP&L | 21746595040013 | GP | 4.49 | 11/99 | 18 | Yes |
| 45 | GSA | AE-Con | various | MGS | 4.90 | 11/99 | 18 | |
| 46 | GSA | AE-Con | various | AGS | 4.38 | 11/99 | 18 | |
| 47 | GSA | AE-Con | various | SPL | 3.44 | 11/99 | 18 | |
| 48 | GSA | JCP&L | various | GS | 4.65 | 11/99 | 18 | |
| 49 | GSA | PSE&G | various | LPLS | 4.34 | 11/99 | 18 | |
| 50 | GSA | PSE&G | various | LPLP | 4.18 | 11/99 | 18 | |
| 51 | GSA | PSE&G | various | MDTO | 4.66 | 11/99 | 18 | |
| 52 | GSA | PSE&G | various | MD | 4.66 | 11/99 | 18 | |
| 53 | GSA | PSE&G | various | TGS | 3.98 | 11/99 | 18 | |
| 54 | GSA | JCP&L | various | RS | 4.83 | 11/99 | 18 | |
| 55 | GSA | PSE&G | various | RS | 4.88 | 11/99 | 18 | |
| 56 | GSA | AE-Con | various | RES | 4.66 | 11/99 | 18 | |
| | | | | | | | | |
| | | | | | | | | |

(a) All price offers are subject to change without further notice and are dependent on availability. This price includes electric generation service and associated electric transmission service where applicable. You should compare this price to your local utility's "price to compare". All prices subject to acceptable credit terms.

(b) All accounts are assumed monthly metered (non-interval metered) according to the EDC definition unless a "Yes".

(c) We reserve the right to adjust this price based on actual interval data for this account.

See attached example of the Services and Supply Agreement and General Terms and Conditions.

USE OR DISCLOSURE OF DATA CONTAINED ON THIS PAGE IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL.

# APPENDIX B

## Supply Agreement and General Terms and Conditions



PAGE OF THIS PROPOSAL

NJ

# FirstEnergy Services Corp.

New Jersey TPS License Number FESL-0024

## Services and Supply Agreement

This Services and Supply Agreement, entered into as of __________ 19___ ("Agreement"), is between FirstEnergy Services Corp., an Ohio corporation with its principal offices located in Akron, Ohio ("FirstEnergy"), and ______________________, a ______________________ with its principal office located in ______________________ ("Customer"). FirstEnergy and Customer are sometimes referred to individually as "Party" and collectively as "Parties". This Agreement sets forth the terms under which FirstEnergy shall provide and Customer shall accept and pay for electricity, and is Customer's authorization for FirstEnergy to become Customer's Third Party Supplier. ("TPS").

1.0 Customer Description

1.1. Customer Name: ______________________

______________________

1.2. Dun's Number: ______________________

1.3. Customer Billing Address: ______________________

______________________

______________________

2.0 Service Schedule

*(Note, where more than one facility is being served under this Agreement, the information contained in this Section shall be included as Attachment 1.)*

2.1. Service Address: ______________________

______________________

______________________

2.2. Local Distribution Company (LDC)

Name: ______________________

LDC Account Number: ______________________

LDC Rate Code: ______________________

2.3. Pricing Schedule: Monthly Metered Annual Pricing

2.4. Price is ________ cents/kWh (includes New Jersey Sales and Use Tax and New Jersey Corporate Business Tax).

2.4.1 Prices are subject to change without further notice until both parties have executed the contract.

2.4.2. Prices are only valid if the service location is monthly metered (non interval metered) by the LDC.

2.5. Anticipated Start Date: Meter read date beginning ___________, 1999; subject to validity of account data provided and acceptance by the LDC.

NJ

2.6. Initial Term: ________ Billing Months, or until the meter read date in ____________, 2000, whichever is sooner, after which (*check one*):

_____ Agreement Terminates (subject to the General Terms and Conditions)

_____ Agreement Continues Month-to-Month (subject to the General Terms and Conditions)

3.0 Generation - FirstEnergy shall schedule and supply the Customer with its electric energy and capacity needs at the Delivery Point for all or that portion of the Customer's usage available for customer choice.

4.0 Taxes – Pricing in Section 2.4. includes New Jersey Sales and Use Tax and New Jersey Corporation Business Tax. Each account shall be billed as 0% exempt from such taxes until a valid New Jersey Sales and Use Tax Exemption Certificate has been received by FirstEnergy.

5.0 Billing (*check one*): _____ FirstEnergy _____ LDC (or billing agent) shall invoice Customer for Services and Supply provided under this Agreement in accordance with the General Terms and Conditions.

6.0 Services and Supply – Pricing includes the Services and Supply depicted in the following table corresponding to the Local Distribution Company for which the Service Address is located:

| | Conectiv-Atlantic City Electric Company (ACEC) | GPU-Jersey Central Power and Light Company (JCP&L) | Public Service Electric and Gas Company (PSE&G) | | | | |
|---|---|---|---|---|---|---|---|
| Generation | • | • | • | | | | |
| Transmission | • | • | • | | | | |
| Scheduling, System Control and Dispatch | • | • | • | | | | |
| Reactive Supply and Voltage Control | • | • | • | | | | |
| Regulation & Frequency Control | • | • | • | | | | |
| Energy Imbalance | • | • | • | | | | |
| Spinning Reserve | • | • | • | | | | |
| Supplemental Reserve | • | • | • | | | | |
| Transmission Losses | • | • | • | | | | |
| Distribution Losses | • | • | • | | | | |
| **Delivery Point** | ACEC Distribution System | JCP&L Distribution System | PSE&G Distribution System | | | | |

7.0 Customer shall call its LDC in the event of electric service outage or electric-related emergency at the telephone number listed in the General Terms and Conditions.

8.0 General Terms and Conditions – FirstEnergy Services Corp. General Terms and Conditions for the Services and Supply Agreement (T&C's) attached hereto are incorporated herein.

NJ

# ATTACHMENT 1

## Section 2.0 – Service Schedule of the Services and Supply Agreement

(Use separate Attachment 1 for each Billing Address or check block below)

Customer Name: ____________________

Billing Address: ____________________

☐ The Billing Address for each account below is its respective Service Address (Customer will receive a separate bill for each location)

| | Service Address | LDC | LDC Account Number | LDC Rate Code | FirstEnergy Rate Code | Pricing* | Anticipated Start Date | Initial Term Mos. |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |

*Includes New Jersey Sales and Use Tax and Corporation Business Tax

# FirstEnergy Services Corp.

## General Terms and Conditions for the Services and Supply Agreement- New Jersey

These General Terms and Conditions apply to the Services and Supply Agreement executed by FirstEnergy Services Corp. ("FirstEnergy") and Customer under which FirstEnergy will sell and deliver and Customer will purchase electric capacity and energy ("Electric Service.")

1.0 PARTICULARS OF SERVICE

1.1. In each month, FirstEnergy agrees to sell and deliver, and Customer agrees to buy and take delivery of, the amount of energy specified in the applicable Services and Supply Agreement at the delivery point specified in the Services and Supply Agreement ("Delivery Point"). Additionally, the particulars of each transaction with respect to Pricing, Initial Term, Imbalance, Losses, Scheduling, other Ancillary Services, Taxes, Service Address(es), and Electric Distribution Company ("LDC") shall be set forth in the Services and Supply Agreement. These General Terms and Conditions are an integral part of the Services and Supply Agreement and both may be referred to collectively as "Agreement".

1.2. FirstEnergy shall provide for the delivery of energy up to the Delivery Point designated in the Services and Supply Agreement. Unless otherwise agreed, FirstEnergy shall bear the risk for all transmission costs and any other costs or charges imposed on or associated with the delivery of the electricity up to the Delivery Point and Customer shall bear the risk for any and all transmission and distribution costs, and any other costs or charges associated with the receipt of the electricity at and after the Delivery Point.

1.3. The Delivery Point shall be that point on the electric system at which the LDC's tariff provides for the receipt and final delivery of the electricity to Customer.

2.0 TERM

2.1. This Agreement shall be effective upon execution by both parties and shall remain in effect for each Service Address for the Initial Term specified in the Services and Supply Agreement from the date electricity is first supplied by FirstEnergy to each Service Address.

2.2. The Parties acknowledge that the Anticipated Start Date specified in the Services and Supply Agreement is dependent upon the timely processing of Customer information by the LDC. The Anticipated Start Date could be delayed by such events as, but not limited to inaccurate or missing account information, unavailable meter reads, LDC processing delays, or change in LDC procedures.

2.3. Where the Customer has elected the option to terminate this Agreement following the Initial Term, this Agreement shall terminate effective on the Customer's last scheduled meter reading date of the Initial Term, except that the payment terms of this Agreement shall remain in effect until FirstEnergy's receipt of full payment of final bill.

2.4. Customer assumes all obligations to arrange for its Electric Service upon termination of this Agreement.

3.0 CANCELLATION

3.1. Where the Customer has elected the option to continue this Agreement on a month-to-month basis following the Initial Term, either party may cancel this Agreement following the Initial Term upon at least thirty (30) days prior written notice to the other party. Such cancellation of service shall be effective on the Customer's next scheduled meter reading date by the LDC beyond the thirty (30) day notice period. Payment terms of this Agreement shall remain in effect until FirstEnergy's receipt of full payment of final bill.

3.2. Customer assumes all obligations to arrange for its Electric Service upon cancellation of this Agreement.

4.0 PRICING

4.1. Customer shall pay FirstEnergy for the Electric Service supplied by FirstEnergy on behalf of the Customer including any transmission service arranged by FirstEnergy to deliver the electricity to the Delivery Point, and any other charges in accordance with the Services and Supply Agreement. The Services and Supply Agreement shall include but not be limited to pricing for the following: Generation, Transmission, Energy Imbalance, Losses, other Ancillary Services, Taxes (excluding those specified in the Services and Supply Agreement), and Billing.

4.1.1. Billing - FirstEnergy shall bill the customer directly for its services at no additional charge to the customer. Where the Customer elects different billing arrangements, FirstEnergy shall have the option to pass on, as a minimum, any direct charges it incurs from the LDC or other billing agent under such arrangement.

4.2. The Pricing Schedule shall remain in effect and shall not be changed throughout the Initial Term unless mutually agreed upon by the Parties. FirstEnergy may change the Pricing Schedule after the Initial Term provided FirstEnergy gives at least thirty (30) days notice of the change(s). Such changes shall be effective on the Customer's next scheduled meter reading date by the LDC, provided such date is at least thirty (30) days after the date of FirstEnergy's notice.

5.0 BILLING & PAYMENT

5.1. Billing

5.1.1 Where the Customer has elected the option for billing by FirstEnergy as indicated in the Services and Supply Agreement, FirstEnergy shall directly bill the Customer on a monthly basis for its services in accordance with the Services and Supply Agreement. FirstEnergy shall have the right to estimate consumption information for purposes of billing provided that a reconciliation between actual and estimated consumption occurs within sixty (60) days of the receipt by FirstEnergy of necessary metered data.

5.1.2 Where the Customer has elected the option to be billed by the LDC or other billing agent as indicated in the Services and Supply Agreement, the billing policies and procedures of the LDC or billing agent shall apply. Parties acknowledge that selecting the option for billing by the LDC or other billing agent may delay the Anticipated Start Date.





Agreement, the billing policies and procedures of the LDC or billing agent shall apply. Parties acknowledge that selecting the option for

5.2 Payment

5.2.1 Where the Customer has elected the option to be billed by the LDC or other billing agent, the payment policies and procedures of the LDC or billing agent shall apply.

5.2.2 Where the Customer has elected the option to be billed by FirstEnergy, payment shall be due within thirty (30) days of the billing date on FirstEnergy's invoice. If the Customer should fail to remit any amount in full when due hereunder, interest on such unpaid amounts shall accrue from the due date at a rate equal to one and one-half percent (1.5%) per month.

5.2.3 Where the Customer has elected the option to be billed by FirstEnergy, in the event any portion of any bill is in dispute, the Customer shall pay the undisputed amount and the dispute shall be discussed and resolved using best efforts to amicably and promptly resolve the dispute. Upon determination of the correct billing amount, the proper adjustment shall be applied to the next bill or paid / refunded within thirty (30) days. Interest shall accrue to either party at a rate equal to one and one-half percent (1.5%) per month from the due date of the disputed bill.

5.2.4 Where the Customer has elected the option to be billed by FirstEnergy, if service under this Agreement is terminated, Customer shall pay the balance owed under this Agreement within thirty (30) days of the invoice billing date.

6.0 METERING

6.1. FirstEnergy, at its expense, shall have the right to install, or have installed, special metering at the Service Address(es). Such metering shall remain the property of FirstEnergy and FirstEnergy shall have the option to remove such metering upon cancellation or termination of Agreement. FirstEnergy will use its best efforts to avoid any disruption in a Customer's service at the time such metering is installed or removed.

6.2. Data collected by such metering shall be the property of FirstEnergy.

6.3. FirstEnergy shall allow Customer access to the output of such metering.

7.0 MISCELLANEOUS

7.1. Each party shall cooperate with the other to execute any documents necessary to secure applicable governmental approvals of this transaction.

7.2. At the request of FirstEnergy, Customer shall cooperate in obtaining the following information: (1) recent and past electric usage including energy and demand, (2) meter readings and data, (3) types of service including rate schedule / tariff, and (4) response to questions.

7.3. FirstEnergy shall have the right to use Customer name in advertisements, customer lists, and any other such literature without disclosing any details of this Agreement, provided FirstEnergy obtains the prior written permission from Customer, with said permission not being unreasonably withheld.

7.4. Customer shall notify FirstEnergy as soon as practical of any anticipated changes or events that are likely to effect an increase or decrease in the Customer's anticipated energy consumption (kWh), in excess of 10%, during a particular billing period as compared to historical usage. This may include but not be limited to any addition or removal of equipment, shutdowns, or work stoppages. Customer shall notify FirstEnergy of any unexpected significant change in electric consumption as soon as reasonably practical but not later than 24 hours from the knowledge of such change. In all such events, Customer shall inform FirstEnergy of the status of such event throughout the event. Notification by Customer of such events shall be by telephone to the FirstEnergy Schedule Desk at (216) 520-9655.

8.0 CREDITWORTHINESS

8.1. Upon request, Customer shall provide FirstEnergy with reasonable information reasonably requested by FirstEnergy to complete a credit review. Service hereunder shall be contingent upon satisfactory review of Customer credit by FirstEnergy, which shall have sole discretion for determination of Customer's creditworthiness.

8.2. In the event of an adverse change in the financial condition of the Customer or unsatisfactory review of Customer credit, FirstEnergy may require Customer to make credit arrangements satisfactory to FirstEnergy in the form of an escrow account, deposit letter of credit, pre-payment or other guarantee of payment or performance. An adverse change is a situation such as undisputed past due accounts for more than forty-five (45) days, a petition in bankruptcy, and other circumstances that may make receipt of payment for services doubtful in the sole discretion of FirstEnergy. Failure to make such credit arrangement shall be deemed a Default.

9.0 CONFIDENTIALITY

9.1. Except for matters of public record, information already within the other party's possession, situations required by law, or permitted elsewhere in this Agreement, both parties agree to keep confidential all information, including the Pricing Schedule and any data collected hereunder, unless expressly agreed to otherwise in writing.

10.0 PARTIES ARE INDEPENDENT CONTRACTORS

10.1. The relationship between the Parties to this contract to each other is that of independent contractors. The relationship of the Parties to this contract to each other shall not be construed to constitute a partnership, joint venture, or any other relationship, other than that of independent contractors. Neither Party has the authority to bind the other or to make any commitment or obligation on behalf of the other.

11.0 ASSIGNMENT

11.1. Upon successful credit review, and upon agreement by FirstEnergy, with said agreement not being unreasonably withheld, this Agreement may be assigned or otherwise transferred by the Customer to another, including any successor in interest. FirstEnergy may assign its rights and obligations to another, including any successor in interest, in accordance with the rules and regulations of the New Jersey Board of Public Utilities without the written consent of the Customer. The parties acknowledge that this provision does not apply in situations within the scope of the "Slamming" provisions promulgated by the New Jersey Board of Public Utilities.

12.0 DEFAULT & TERMINATION

12.1. A "Default" shall have occurred upon:

12.1.1. Either party failing to perform any material term or condition of this Agreement, provided that such failure is not cured within thirty (30) days of written notice by the other Party or within another period as may be mutually agreed upon by the Parties. Failure to pay amounts due and failure to purchase electricity from FirstEnergy throughout the Term shall be deemed to be a failure to perform a material term.

12.1.2. Either Party voluntarily or involuntarily becoming bankrupt or being forced into bankruptcy.

12.2. In the event of a Default by one Party, the other Party may in its sole discretion terminate this Agreement. Termination will be effective upon the earlier of the date of notice of termination or such other date as may be required under law or regulation. Customer assumes all obligations to arrange for its Electric Service upon termination.

12.3. In the event that the Customer should breach this Agreement by failing to purchase its electricity from FirstEnergy during the Initial Term, Customer shall pay FirstEnergy all costs and penalties, including but not limited to any generation reserved on behalf of the Customer, as well as any profits arising from the Agreement.

13.0 LIABILITY

13.1. In the event that FirstEnergy fails to deliver electricity to the Delivery Point, subject to Section 15.0, Customer's sole and exclusive remedy shall be direct damages in the amount of the positive difference, if any between the price ($/kWh) set forth herein and the purchase price ($/kWh) paid by Customer for replacement electricity (assuming that Customer has used commercially reasonable efforts to replace the electricity) multiplied by the amount of undelivered electricity (kWh).

13.2. Neither Party shall be liable to the other for incidental, consequential, punitive, exemplary or indirect damages, lost profits or other business interruption damages, in tort, contract or otherwise.

13.3. Each Party, for itself and its successors and assigns, shall indemnify and hold harmless the other Party from and against any and all claims, actions, liabilities, losses and damages, including reasonable attorney's fees, asserted by any person or persons, including employees and contractors of the indemnifying party, for property damage, personal injury or death related to the performance of this Agreement, except and to the extent caused by the negligence or intentional misconduct of the indemnified Party.

13.4. FirstEnergy assumes no liability or responsibility for the following items associated with the electric system beyond the Delivery Point: (1) operation and maintenance; (2) any interruption of service; (3) termination of service; or (4) deterioration of service.

13.5. FirstEnergy assumes no liability for the operation, maintenance, or performance of any transmission or distribution systems used to supply Customer.

14.0 WARRANTY & TITLE

14.1. FirstEnergy warrants title and the right to all electricity sold hereunder. THE WARRANTIES SET FORTH IN THIS PARAGRAPH ARE EXCLUSIVE AND ARE IN LIEU OF ALL OTHER WARRANTIES, WHETHER STATUTORY, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR ARISING OUT OF ANY COURSE OF DEALING OR USAGE OF TRADE.

14.2. Title to Customer's Electric Service shall pass at the Delivery Point.

14.3. Customer warrants that this Agreement has been executed by a duly authorized official.

15.0 FORCE MAJEURE

15.1. No Party shall be considered to be in default in the performance of any of the obligations hereunder if failure of performance shall be due to uncontrollable forces. The term "uncontrollable forces" shall mean any cause beyond reasonable control of the Party affected, despite exercising due diligence. "Uncontrollable forces" shall include, but not be limited to the failure of facilities, flood, earthquake, storm, fire, lightning, epidemic, war, riot, civil disturbance, labor dispute, sabotage, statutory or regulatory changes with material adverse effects, restraint by Court order or public authority or inability to obtain necessary licenses or permits. Nothing herein shall be construed so as to require a Party to settle any strike or labor dispute in which it may be involved. Any Party which is unable to fulfill any obligations by reason of uncontrollable forces shall exercise due diligence to remove such inability with all reasonable dispatch. Economic hardship of either Party shall not constitute a Force Majeure under this Agreement.

16.0 COMPLIANCE WITH LAWS, PERMIT AND LICENSE REQUIREMENTS

16.1. FirstEnergy shall comply with all federal, state, and local laws applicable to its work and shall procure at its expense all licenses and all permits necessary for the fulfillment of its obligations under this Agreement.

16.2. Should any term of this Agreement be rendered unlawful by a court of competent jurisdiction or any legislative act, the Parties shall give effect to the balance of the Agreement to the extent possible.

17.0 NOTICES

17.1. All notices required hereunder, with the exception of the telephone notification requirement in Section 7.4., shall be in writing and shall be delivered personally, by certified mail, return receipt requested, or by overnight carrier to the following address:

FirstEnergy Services Corp.
Customer Care- Fourth Floor
6200 Oak Tree Blvd
Independence, Ohio 44131

For Customer:

______________________________
______________________________
______________________________
______________________________

18.0 ENTIRE AGREEMENT & AMENDMENTS

18.1. This Agreement constitutes the entire agreement between the Parties. It supersedes all prior agreements. No agent, representative, employee, or officer of either Party has authority to make, or has made, any statement, agreement, or representation, oral, or written, in connection with this Agreement, which in any way can be deemed to modify, add to or detract from, or otherwise change or alter its terms and conditions. No negotiations between the Parties, nor any custom or usage, shall be permitted to modify or contradict any of the terms and conditions of this Agreement.

18.2. Any changes, corrections, modifications or additions to this Agreement shall be in writing in the form of a supplemental Agreement signed by both Parties, setting forth therein the proposed change, correction or addition, and made a part of the Services and Supply Agreement.

19.0 TELEPHONE NUMBERS

| | Emergency | Other |
|---|---|---|
| FirstEnergy Services Corp | | 1-888-254-1968 |
| Conectiv-Atlantic City Electric Company | 1-800-833-7476 | 1-800-642-3780 |
| GPU-Jersey Central Power and Light | 1-800-545-7738 | 1-800-662-3115 |
| PSE&G-Public Service Electric and Gas Company | 1-800-436-7734 | 1-800-436-7734 |
| New Jersey Board of Public Utilities<br>Division of Customer Relations | | 1-800-624-0241 |

20.0 ENVIRONMENTAL INFORMATION DISCLOSURE

20.1 FirstEnergy's Environmental Information Disclosure for the electric product specified in the Service and Supply Agreement is attached and made a part of this Agreement.

**Environmental Information for the Electricity Product Third-Party Supplier Services**

(This is a new energy product. FirstEnergy Services Corp. has made no guarantee as to the environmental characteristics of the energy to be supplied from January through December, 2000. The data shown below are default values, and do not necessarily reflect the energy that FirstEnergy Services Corp. will supply.)

**Third-Party Supplier Services – FirstEnergy Services Corp.**

Electricity can be generated in a number of ways with different impacts on the environment. The standardized environmental information shown below allows you to compare this electricty product with electricity products offered by other electric suppliers.

## Energy Source

Default values are shown which represent 1998 regional averages.

| | |
|---|---|
| Coal | _49_% |
| Gas | _7_% |
| Hydroelectric (large) | _2_% |
| Nuclear | _34_% |
| Oil | _6_% |
| Renewable energy | |
| Captured methane gas | _0_% |
| Fuel cells | _0_% |
| Geothermal | _0_% |
| Hydroelectric (small) | _0_% |
| Solar | _0_% |
| Solid waste | _2_% |
| Wind | _0_% |
| Wood or other biomass | _0_% |
| TOTAL | 100% |

Renewable energy sources subtotal 2%

## Air Emissions

The emission data given are default values and represent the average amount of air pollution associated with the generation of electricity in the region. This amount is compared to the New Jersey benchmark. The benchmark approximates the average emission rate for all electricity generation in New Jersey.

$CO_2$ is a "greenhouse gas" which may contribute to global climate change. $SO_2$ and $NO_x$ react to form acids found in acid rain. $NO_x$ also reacts to form ground level ozone, an unhealthful component of "smog."




## Energy Conservation

FirstEnergy Services Corp. is not investing in energy conservation measures for this electricity product. Energy conservation measures means less electricity needs to be generated and pollution is avoided.

| Avoided generation | Avoided Air Emissions | |
|---|---|---|
| _0_ KWh | _0_ | tons $CO_2$ |
| | _0_ | tons $NO_x$ |
| | _0_ | tons $SO_2$ |

# 994D7076

# APPENDIX C

## FERC Information



PAGE OF THIS PROPOSAL

Federal Energy Regulatory Commission

# Detailed Power Marketer Information

New Query

DOCKET: ER95-1295-000
CONTACT: Michael P. Beiting
COMPANY: FirstEnergy Trad'g and Pow Mark'g Inc.
ADDRESS: 76 South Main Street
CITY: Akron
STATE: OH
ZIP: 44308
PHONE: 330-384-5795
FAX: 330-384-3875
EMAIL:

Home | Top
Email Technical issues to WebMaster or all other to ContentMaster
When sending E-Mail, please include a current mail address, telephone number, and an Internet address.

*Updated 6/4/1998*