# GSA - NJ - Contract E001397

| Account Number | Name | LDC Account | Contract Number | Outstanding Am | Revised Outstanding Amt | status | comments | adjustments |
|---|---|---|---|---|---|---|---|---|
| 17582 | GSA | 014330899999 | E001397 | $746.76 | $746.76 | final | cust owes-pmt not rcvd | |
| 17555 | POST OFFICE - PSE&G | 1104895919 | E001397 | ($33,112.91) | ($33,112.91) | final | unclaimed funds-cancelled usage paid by cust | |
| 17582 | GSA | 1104997916 | E001397 | $5,321.36 | $5,242.72 | final | cust owes-pmt not rcvd | |
| 17582 | GSA | 1105000303 | E001397 | $6,562.08 | $6,562.08 | final | cust owes-pmt not rcvd | |
| 17582 | GSA | 1128633728 | E001397 | ($1,241.42) | ($1,241.42) | final | unclaimed funds-due to cancelled usage | |
| 17582 | GSA | 1134402309 | E001397 | ($266.32) | ($266.32) | final | unclaimed funds-due to cancelled usage | |
| 17555 | POST OFFICE - PSE&G | 1158409605 | E001397 | ($801.75) | ($117.57) | final | error - unrated usage on acct is now rated. $117.57credit bal left | 684.18 |
| 17555 | POST OFFICE - PSE&G | 2109116609 | E001397 | ($2,464.76) | ($2,464.76) | final | unclaimed funds | |
| 17582 | GSA | 2131147732 | E001397 | $57.04 | $57.04 | final | cust owes-pmt not rcvd | |
| 17582 | GSA | 3114847013 | E001397 | ($3,661.22) | ($2,291.52) | final | unclaimed funds-due to cancelled usage | |
| 17555 | POST OFFICE - PSE&G | 3171405458 | E001397 | ($850.54) | ($850.54) | final | unclaimed funds | |
| 17555 | POST OFFICE - PSE&G | 3180700513 | E001397 | ($574.11) | ($574.11) | final | unclaimed funds | |
| 17582 | GSA | 4100707819 | E001397 | ($20.16) | ($20.16) | final | unclaimed funds-due to cancelled usage | |
| 17555 | POST OFFICE - PSE&G | 4106829118 | E001397 | ($2,857.76) | ($2,857.76) | final | unclaimed funds | |
| 17555 | POST OFFICE - PSE&G | 4112320205 | E001397 | ($1,132.84) | ($1,132.84) | final | unclaimed funds | |
| 17555 | POST OFFICE - PSE&G | 4164118806 | E001397 | ($797.80) | ($797.80) | final | unclaimed funds | |
| 17555 | POST OFFICE - PSE&G | 4165400300 | E001397 | ($1,739.11) | ($2,121.23) | final | unclaimed funds- ABP bal=($2,121,23) Query = ($1,739.11) -Query didn't pick up outstanding credit on cancelled usage. $382.12 difference- ABP is correct | (382.12) |
| 17555 | POST OFFICE - PSE&G | 4176227508 | E001397 | ($1,175.72) | ($1,175.72) | final | unclaimed funds | |
| 17555 | POST OFFICE - PSE&G | 5102411403 | E001397 | ($2,138.94) | ($2,138.94) | final | unclaimed funds | |
| 17555 | POST OFFICE - PSE&G | 5127311453 | E001397 | ($843.00) | ($843.00) | final | unclaimed funds | |
| 259102 | DEVELOPMENT RESOURCES ( | 5132309399 | E001397 | $59.05 | $147.87 | final | cust owes-ABP bal & last audit bal= $147.87 | 88.82 |
| 17555 | POST OFFICE - PSE&G | 5134828008 | E001397 | ($4,028.17) | ($4,028.17) | final | unclaimed funds-cancelled usage paid by cust | |
| 17555 | POST OFFICE - PSE&G | 5201337759 | E001397 | ($1,008.46) | ($1,008.46) | final | unclaimed funds | |
| 259106 | DEVELOPMENT RESOURCES ( | 5206902462 | E001397 | $12.26 | $12.26 | term | cust owes | |
| 259107 | DEVELOPMENT RESOURCES ( | 5206932957 | E001397 | $60.17 | $60.17 | final | cust owes | |
| 259108 | DEVELOPMENT RESOURCES ( | 5207136429 | E001397 | $124.92 | $124.92 | final | cust owes | |
| 259109 | DEVELOPMENT RESOURCES ( | 5207342894 | E001397 | $80.52 | $80.52 | final | cust owes | |
| 259110 | DEVELOPMENT RESOURCES ( | 5207343173 | E001397 | $67.95 | $67.95 | final | cust owes | |
| 259111 | DEVELOPMENT RESOURCES ( | 5207343262 | E001397 | $109.05 | $109.05 | final | cust owes | |
| 259112 | DEVELOPMENT RESOURCES ( | 5207343378 | E001397 | $86.68 | $86.68 | final | cust owes | |
| 259113 | DEVELOPMENT RESOURCES ( | 5258603962 | E001397 | $25.82 | $25.82 | final | cust owes | |
| 259114 | DEVELOPMENT RESOURCES ( | 5258724271 | E001397 | $73.64 | $73.64 | final | cust owes | |
| 259115 | DEVELOPMENT RESOURCES ( | 5261221218 | E001397 | $10.59 | $10.59 | final | cust owes | |
| 259116 | DEVELOPMENT RESOURCES ( | 5266021209 | E001397 | $73.17 | $73.17 | final | cust owes | |
| 259117 | DEVELOPMENT RESOURCES ( | 5272904982 | E001397 | $144.11 | $144.11 | final | cust owes | |
| 17582 | GSA | 6152017718 | E001397 | $16,786.88 | $16,786.88 | termin | cust owes-pmt not rcvd | |

tabbies EXHIBIT B

# GSA - NJ - Contract E001397

| Account Number | Name | LDC Account | Contract Number | Outstanding Am | Revised Outstanding Amt | status | comments | adjustments |
|---|---|---|---|---|---|---|---|---|
| 311926 | POST OFFICE-PSE&G | 6176049717 | E001397 | $58,927.82 | $58,927.82 | final | cust owes-bal t/f was done to new ABP acct-t/a history lost | |
| 259118 | DEVELOPMENT RESOURCES C | 6207225910 | E001397 | $75.15 | $75.15 | final | cust owes | |
| 17582 | GSA | 6223647115 | E001397 | $6,350.76 | $6,350.76 | termin | cust owes-pmt not rcvd | |
| 17555 | POST OFFICE - PSE&G | 6229925958 | E001397 | ($2,193.20) | ($2,193.20) | final | unclaimed funds | |
| 17555 | POST OFFICE - PSE&G | 6250400958 | E001397 | ($685.95) | ($685.95) | final | unclaimed funds | |
| 17582 | GSA | 6265002651 | E001397 | $390.88 | $390.88 | termin | cust owes-pmt not rcvd | |
| 259101 | DEVEL. RESOURCES CORP | 5126745913 | | $55.54 | $55.54 | final | cust owes | |
| 259103 | DEVEL. RESOURCES CORP | 5134417717 | E001397 | $23.67 | $23.67 | final | cust owes | |
| 259104 | DEVEL. RESOURCES CORP | 5194533454 | E001397 | $11.57 | $11.57 | final | cust owes | |
| 259105 | DEVEL. RESOURCES CORP | 5203513066 | E001397 | $161.38 | $161.38 | final | cust owes | |
| 259119 | DEVEL. RESOURCES CORP | 6207321510 | E001397 | $141.91 | $141.91 | final | cust owes | |
| 259120 | DEVEL. RESOURCES CORP | 6213038264 | E001397 | $129.27 | $129.27 | final | cust owes | |
| 17534 | AMERICAN RED CROSS | 6121622202 | E001397 | ($55.04) | ($55.04) | term | unclaimed funds | |
| 17535 | ARC MONMOUTH | 08006636230000198668 | E001397 | $21.29 | $0.00 | term | cancelled duplicate 810's - acct bal is now zero | (21.29) |
| 17536 | COAST GUARD | 050766199991 | E001397 | $50,862.34 | $50,862.34 | final | cust owes-all usage in & rated, same bal as last audit | |
| 17536 | COAST GUARD | 08014489000000888272 | E001397 | $62.68 | $62.68 | final | cust owes | |
| 17537 | CTR. FOR FAMILY SUPPORT | 4101338639 | E001397 | $99.26 | $99.26 | final | cust owes | |
| 17537 | CTR. FOR FAMILY SUPPORT | 5202201591 | E001397 | $10.67 | $10.67 | final | cust owes | |
| 17537 | CTR. FOR FAMILY SUPPORT | 5210333493 | E001397 | $38.51 | $38.51 | final | cust owes | |
| 17539 | DEVEL. RESOURCES CORP | 061978299842 | E001397 | $42.92 | $42.92 | final | cust owes | |
| 17539 | DEVEL. RESOURCES CORP | 061978299891 | E001397 | $61.09 | $61.09 | final | cust owes | |
| 17539 | DEVEL. RESOURCES CORP | 061978299909 | E001397 | $33.41 | $33.41 | final | cust owes | |
| 17539 | DEVEL. RESOURCES CORP | 061978299917 | E001397 | $24.23 | $24.23 | final | cust owes | |
| 17539 | DEVEL. RESOURCES CORP | 061978299925 | E001397 | $26.05 | $26.05 | final | cust owes | |
| 17539 | DEVEL. RESOURCES CORP | 061978299933 | E001397 | $25.16 | $25.16 | final | cust owes | |
| 17539 | DEVEL. RESOURCES CORP | 061978299941 | E001397 | $11.04 | $11.04 | final | cust owes | |
| 17539 | DEVEL. RESOURCES CORP | 061978299974 | E001397 | $303.14 | $303.14 | final | cust owes | |
| 17539 | DEVEL. RESOURCES CORP | 061978299990 | E001397 | $99.21 | $99.21 | final | cust owes | |
| 17539 | DEVEL. RESOURCES CORP | 5244511904 | E001397 | $37.19 | $37.19 | final | cust owes | |
| 17539 | DEVEL. RESOURCES CORP | 5278802251 | E001397 | $114.68 | $114.68 | final | cust owes | |
| 17541 | FAA | 028071799994 | E001397 | $130.94 | $130.94 | final | cust owes | |
| 17541 | FAA | 08020010990000371839 | E001397 | $170.84 | $170.84 | final | cust owes | |
| 17541 | FAA | 08020010990000382285 | E001397 | $445.01 | $445.01 | final | cust owes | |
| 17541 | FAA | 08020010990000414066 | E001397 | $2,269.44 | $2,269.44 | final | cust owes - ($983.28) unexpalined bal t/f made on 3/11/03 w/no interactions made | |
| 17541 | FAA | 08020010990003116775 | E001397 | $169.49 | $169.49 | final | cust owes | |
| 17541 | FAA | 102588399992 | E001397 | $459.18 | $459.18 | final | cust owes | |
| 17541 | FAA | 1109843917 | E001397 | $2,532.51 | $2,532.51 | final | cust owes | |
| 17541 | FAA | 1140008218 | E001397 | $183.78 | $183.78 | final | cust owes | |
| 17541 | FAA | 4107321703 | E001397 | $58.60 | $58.60 | final | cust owes | |

## GSA - NJ - Contract E001397

| Account Number | Name | LDC Account | Contract Number | Outstanding Am | Revised Outstanding Amt | status | comments | adjustments |
|---|---|---|---|---|---|---|---|---|
| 17541 | FAA | 4107323218 | E001397 | $45.09 | **$45.09** | final | cust owes | |
| 17541 | FAA | 5106239605 | E001397 | $30.48 | **$30.48** | final | cust owes | |
| 17541 | FAA | 6129705905 | E001397 | $133.16 | **$133.16** | final | cust owes | |
| 17541 | FAA | 6294939658 | E001397 | $233.39 | **$233.39** | final | cust owes | |
| 17541 | FAA | 6294939755 | E001397 | $62.91 | **$62.91** | final | cust owes | |
| 17541 | FAA | 6296500157 | E001397 | $12.58 | **$12.58** | final | cust owes | |
| 17541 | FAA | 6296500254 | E001397 | $145.95 | **$145.95** | final | cust owes | |
| 17542 | FAA TECH CTR | 033610299993 | E001397 | $626.22 | **$626.22** | final | cust owes | |
| 17542 | FAA TECH CTR | 033610399991 | E001397 | $687.96 | **$687.96** | final | cust owes | |
| 17542 | FAA TECH CTR | 050764599986 | E001397 | $1,357.80 | **$1,357.80** | final | cust owes | |
| 17542 | FAA TECH CTR | 050764599994 | E001397 | $48,671.54 | **$48,671.54** | final | cust owes-short paid 4/7/01 bal | |
| 17546 | JOBCORPS | 5237905536 | | ($14,519.16) | **($14,519.16)** | term | unclaimed funds-cust pd twice for usage by including pmt for same usage in two different pmts. | |
| 17548 | NISH/FRIENDSHIP HOUSE | 4101005176 | E001397 | ($343.91) | **($343.91)** | final | unclaimed funds | |
| 17548 | NISH/FRIENDSHIP HOUSE | 4100500505 | E001397 | $34.88 | **$34.88** | final | cust owes | |
| 17548 | NISH/FRIENDSHIP HOUSE | 4101006504 | E001397 | $1,221.09 | **$1,221.09** | final | cust owes | |
| 17548 | NISH/FRIENDSHIP HOUSE | 4101033315 | E001397 | $14.04 | **$14.04** | final | cust owes | |
| 17550 | USEPA, FINANCIAL MGMNT | 1266005005 | | ($319.58) | **($319.58)** | final | unclaimed funds | |
| 17550 | USEPA, FINANCIAL MGMNT | 1271912406 | | ($4.75) | **($4.75)** | final | unclaimed funds | |
| 17550 | USEPA, FINANCIAL MGMNT | 080069547800000645320 | | $1,733.52 | **$1,733.52** | final | cust owes | |
| 17550 | USEPA, FINANCIAL MGMNT | 08006954780000730605 | | $261.19 | **$261.19** | final | cust owes | |
| 17550 | USEPA, FINANCIAL MGMNT | 1266012001 | | $2,626.70 | **$2,626.70** | final | cust owes | |
| 17551 | PARK SERVICE ELLIS ISLAND | XDUPX2100345818 | E001397 | $47,345.76 | **$47,345.76** | final | cust owes- (new #2100895214) | |
| 17552 | PARK SERVICE STATUE LIBERTY | XDUPX2100344617 | E001397 | $10,633.92 | **$10,633.92** | final | cust owes-May 2001 usage never got invoiced (new #2100344617) | |
| 17553 | POST OFFICE - CONECTIVE | 006982799998 | E001397 | $375.49 | **$375.49** | final | FES error-manual pmt was "included" on inv causing a "short paid" | |
| 17553 | POST OFFICE - CONECTIVE | 012225599997 | E001397 | $219.91 | **$219.91** | final | FES error-manual pmt was "included" on inv causing a "short paid" | |
| 17553 | POST OFFICE - CONECTIVE | 015211199995 | E001397 | $103.68 | **$103.68** | final | FES error-manual pmt was "included" on inv causing a "short paid" | |
| 17553 | POST OFFICE - CONECTIVE | 069787099998 | E001397 | $125.73 | **$125.73** | final | FES error-manual pmt was "included" on inv causing a "short paid" | |
| 17554 | POST OFFICE - GPU | 08003787320000189280 | E001397 | $42,646.46 | **$1,391.04** | final | cust owes | |
| 17554 | POST OFFICE - GPU | 08004132890000288199 | E001397 | $10.14 | **$10.14** | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 2124235702 | E001397 | ($521.12) | **($521.12)** | final | unclaimed funds | |
| 17555 | POST OFFICE - PSE&G | 6480448383 | E001397 | ($425.00) | **($425.00)** | final | unclaimed funds | |
| 17555 | POST OFFICE - PSE&G | 1295318008 | E001397 | ($412.70) | **($412.70)** | final | unclaimed funds | |
| 17555 | POST OFFICE - PSE&G | 6480208277 | E001397 | ($333.65) | **($333.65)** | final | unclaimed funds | |
| 17555 | POST OFFICE - PSE&G | 5112410604 | E001397 | ($236.55) | **($236.55)** | final | unclaimed funds | |
| 17555 | POST OFFICE - PSE&G | 1141716801 | E001397 | ($231.93) | **($231.93)** | final | unclaimed funds-cust overpaid last inv | |
| 17555 | POST OFFICE - PSE&G | 3162129052 | E001397 | ($221.44) | **($221.44)** | final | unclaimed funds | |

# GSA - NJ - Contract E001397

| Account Number | Name | LDC Account | Contract Number | Outstanding Am | Revised Outstanding Amt | status | comments | adjustments |
|---|---|---|---|---|---|---|---|---|
| 17555 | POST OFFICE - PSE&G | 2148038516 | E001397 | ($214.45) | **($214.45)** | **final** | **unclaimed funds** | |
| 17555 | POST OFFICE - PSE&G | 6173317400 | E001397 | ($190.87) | **($190.87)** | **final** | **unclaimed funds** | |
| 17555 | POST OFFICE - PSE&G | 4143434601 | E001397 | ($189.99) | **($189.99)** | **final** | **unclaimed funds** | |
| 17555 | POST OFFICE - PSE&G | 3195343355 | E001397 | ($178.25) | **($178.25)** | **final** | **unclaimed funds** | |
| 17555 | POST OFFICE - PSE&G | 4171200504 | E001397 | ($175.59) | **($175.59)** | **final** | **unclaimed funds** | |
| 17555 | POST OFFICE - PSE&G | 5100609974 | E001397 | ($168.60) | **($168.60)** | **final** | **unclaimed funds** | |
| 17555 | POST OFFICE - PSE&G | 4189523801 | E001397 | ($144.83) | **($144.83)** | **final** | **unclaimed funds** | |
| 17555 | POST OFFICE - PSE&G | 6484733074 | E001397 | ($142.32) | **($142.32)** | **final** | **unclaimed funds** | |
| 17555 | POST OFFICE - PSE&G | 2102045412 | E001397 | ($125.82) | **($125.82)** | **final** | **unclaimed funds** | |
| 17555 | POST OFFICE - PSE&G | 5196809708 | E001397 | ($123.72) | **($123.72)** | **final** | **unclaimed funds** | |
| 17555 | POST OFFICE - PSE&G | 2196943517 | E001397 | ($110.30) | **($110.30)** | **final** | **unclaimed funds** | |
| 17555 | POST OFFICE - PSE&G | 1250300126 | E001397 | ($91.01) | **($91.01)** | **final** | **unclaimed funds** | |
| 17555 | POST OFFICE - PSE&G | 2193831300 | E001397 | ($64.86) | **($64.86)** | **final** | **unclaimed funds** | |
| 17555 | POST OFFICE - PSE&G | 2179102313 | E001397 | ($63.56) | **($63.56)** | **final** | **unclaimed funds** | |
| 17555 | POST OFFICE - PSE&G | 5121718500 | E001397 | ($60.39) | **($60.39)** | **final** | **unclaimed funds** | |
| 17555 | POST OFFICE - PSE&G | 2185832905 | E001397 | ($58.16) | **($58.16)** | **final** | **unclaimed funds** | |
| 17555 | POST OFFICE - PSE&G | 5128210103 | E001397 | ($48.23) | **($48.23)** | **final** | **unclaimed funds** | |
| 17555 | POST OFFICE - PSE&G | 2115827465 | E001397 | ($47.34) | **($47.34)** | **final** | **unclaimed funds** | |
| 17555 | POST OFFICE - PSE&G | 2106609507 | E001397 | ($37.28) | **($37.28)** | **final** | **unclaimed funds** | |
| 17555 | POST OFFICE - PSE&G | 4148816421 | E001397 | ($35.79) | **($35.79)** | **final** | **unclaimed funds** | |
| 17555 | POST OFFICE - PSE&G | 2101736845 | E001397 | ($27.26) | **($27.26)** | **final** | **unclaimed funds** | |
| 17555 | POST OFFICE - PSE&G | 1222608553 | E001397 | ($25.81) | **($25.81)** | **final** | **unclaimed funds** | |
| 17555 | POST OFFICE - PSE&G | 5186233706 | E001397 | ($21.81) | **($21.81)** | **final** | **unclaimed funds** | |
| 17555 | POST OFFICE - PSE&G | 2149208008 | E001397 | ($19.84) | **($19.84)** | **final** | **unclaimed funds** | |
| 17555 | POST OFFICE - PSE&G | 6178830017 | E001397 | ($13.98) | **($13.98)** | **final** | **unclaimed funds** | |
| 17555 | POST OFFICE - PSE&G | 2106507305 | E001397 | ($12.31) | **($12.31)** | **final** | **unclaimed funds** | |
| 17555 | POST OFFICE - PSE&G | 1205017518 | E001397 | ($11.46) | **($11.46)** | **final** | **unclaimed funds** | |
| 17555 | POST OFFICE - PSE&G | 1141938510 | E001397 | $4,656.91 | **$4,656.91** | **final** | **cust owes-last 2 inv not paid** | |
| 17555 | POST OFFICE - PSE&G | 1146210701 | E001397 | $49.36 | **$49.36** | **final** | **FES error-cust never rcvd last inv.** | |
| 17555 | POST OFFICE - PSE&G | 1152328816 | E001397 | $10,215.15 | **$10,215.15** | **final** | **cust owes-no invoices were pd-col ltr sent 2/27/03** | |
| 17555 | POST OFFICE - PSE&G | 1164724304 | E001397 | $581.57 | **$581.57** | **final** | **cust owes-last inv not paid-col ltr sent 2/27/03** | |
| 17555 | POST OFFICE - PSE&G | 1166510603 | E001397 | $214.35 | **$214.35** | **final** | **cust owes-last inv not paid-col ltr sent 2/27/03** | |
| 17555 | POST OFFICE - PSE&G | 1190929414 | E001397 | $51.17 | **$51.17** | **final** | **cust owes-last inv not paid-col ltr sent 2/27/03** | |
| 17555 | POST OFFICE - PSE&G | 1191604918 | E001397 | $4,047.90 | **$4,047.90** | **final** | **cust owes** | |
| 17555 | POST OFFICE - PSE&G | 1211210006 | E001397 | $1,532.21 | **$1,532.21** | **final** | **cust owes** | |
| 17555 | POST OFFICE - PSE&G | 1232131172 | E001397 | $359.42 | **$359.42** | **final** | **cust owes** | |
| 17555 | POST OFFICE - PSE&G | 1243601205 | E001397 | $1,269.38 | **$1,269.38** | **final** | **cust owes** | |
| 17555 | POST OFFICE - PSE&G | 1258113503 | E001397 | $126.66 | **$126.66** | **final** | **cust owes** | |
| 17555 | POST OFFICE - PSE&G | 1279410671 | E001397 | $108.11 | **$108.11** | **final** | **cust owes** | |

# GSA - NJ - Contract E001397

| Account Number | Name | LDC Account | Contract Number | Outstanding Am | Revised Outstanding Amt | status | comments | adjustments |
|---|---|---|---|---|---|---|---|---|
| 17555 | POST OFFICE - PSE&G | 1282522671 | E001397 | $168.18 | $168.18 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 1290213704 | E001397 | $517.26 | $517.26 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 2123626406 | E001397 | $26.42 | $26.42 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 2128711436 | E001397 | $7.55 | $7.55 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 2138323110 | E001397 | $42.87 | $42.87 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 2139707915 | E001397 | $869.52 | $869.52 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 2140338006 | E001397 | $981.40 | $981.40 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 2144109419 | E001397 | $72.98 | $72.98 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 2163606414 | E001397 | $5,103.84 | $5,103.84 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 2164706927 | E001397 | $12.06 | $12.06 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 2169007504 | E001397 | $87.88 | $87.88 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 2172304107 | E001397 | $166.36 | $166.36 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 2173502875 | E001397 | $364.04 | $364.04 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 3103022018 | E001397 | $1,019.14 | $1,019.14 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 3119533653 | E001397 | $101.31 | $101.31 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 3125623634 | E001397 | $17,591.39 | $17,591.39 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 3135703959 | E001397 | $1,374.41 | $1,374.41 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 3147818551 | E001397 | $114.36 | $114.36 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 3152405111 | E001397 | $339.71 | $339.71 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 3157218255 | E001397 | $119.29 | $119.29 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 3165720592 | E001397 | $27.54 | $27.54 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 3166223258 | E001397 | $46.42 | $46.42 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 3166818812 | E001397 | $3,768.00 | $3,768.00 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 3171004755 | E001397 | $248.43 | $248.43 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 3180221550 | E001397 | $192.09 | $192.09 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 3190143714 | E001397 | $18.45 | $18.45 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 3195908093 | E001397 | $29.96 | $29.96 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 4100819501 | E001397 | $2,608.67 | $2,608.67 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 4105322613 | E001397 | $24,245.76 | $24,245.76 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 4118209004 | E001397 | $1,084.18 | $1,084.18 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 4124507607 | E001397 | $11.75 | $11.75 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 4130812505 | E001397 | $803.85 | $803.85 | final | final usage charge never showed on cust BR stm-we must have missed window-cust owes | |
| 17555 | POST OFFICE - PSE&G | 4132409821 | E001397 | $107.65 | $107.65 | final | final usage charge never showed on cust BR stm-we must have missed window-cust owes | |
| 17555 | POST OFFICE - PSE&G | 4139319704 | E001397 | $59.65 | $59.65 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 4145738209 | E001397 | $153.92 | $153.92 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 4150423040 | E001397 | $596.48 | $596.48 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 4154442201 | E001397 | $1,017.74 | $1,017.74 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 4159145418 | E001397 | $1,198.79 | $1,198.79 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 4175709010 | E001397 | $226.49 | $226.49 | final | cust owes | |

## GSA - NJ - Contract E001397

| Account Number | Name | LDC Account | Contract Number | Outstanding Am | Revised Outstanding Amt | status | comments | adjustments |
|---|---|---|---|---|---|---|---|---|
| 17555 | POST OFFICE - PSE&G | 4180304597 | E001397 | $120.51 | $120.51 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 4180304635 | E001397 | $106.53 | $106.53 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 4181219909 | E001397 | $766.10 | $766.10 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 4183539803 | E001397 | $80.80 | $80.80 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 4194316312 | E001397 | $681.53 | $681.53 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 4197409702 | E001397 | $742.34 | $742.34 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 5113801607 | E001397 | $234.93 | $234.93 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 5117018656 | E001397 | $10.62 | $10.62 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 5118923611 | E001397 | $5,641.60 | $5,641.60 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 5119039944 | E001397 | $1,826.72 | $1,826.72 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 5121049714 | E001397 | $241.02 | $241.02 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 5123727507 | E001397 | $334.21 | $334.21 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 5128333701 | E001397 | $19.44 | $19.44 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 5138507508 | E001397 | $30.20 | $30.20 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 5142407105 | E001397 | $475.31 | $475.31 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 5142423631 | E001397 | $165.20 | $165.20 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 5144625606 | E001397 | $12.16 | $12.16 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 5144803601 | E001397 | $3,598.32 | $3,598.32 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 5152404109 | E001397 | $515.86 | $515.86 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 5154636104 | E001397 | $18.17 | $18.17 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 5170509952 | E001397 | $214.45 | $214.45 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 5171330204 | E001397 | $18.06 | $18.06 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 5172304002 | E001397 | $214.82 | $214.82 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 5182443714 | E001397 | $2,737.20 | $2,737.20 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 5200103169 | E001397 | $30.48 | $30.48 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 5200245613 | E001397 | $1,259.60 | $1,259.60 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 5204847855 | E001397 | $144.00 | $144.00 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 5210709353 | E001397 | $1,009.62 | $1,275.54 | final | cust owes - unrated usage on acct is now rated | 265.92 |
| 17555 | POST OFFICE - PSE&G | 5222505510 | E001397 | $268.91 | $268.91 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 5223413202 | E001397 | $329.65 | $329.65 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 5225809316 | E001397 | $341.11 | $341.11 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 5235822218 | E001397 | $1,079.66 | $1,079.66 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 5237908918 | E001397 | $60,772.85 | $60,772.85 | final | cust owes-usage is correct | |
| 17555 | POST OFFICE - PSE&G | 5245300850 | E001397 | $3,162.99 | $3,162.99 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 5252503257 | E001397 | $54.53 | $54.53 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 5261538254 | E001397 | $705.85 | $705.85 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 5268118609 | E001397 | $1,673.41 | $1,673.41 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 5270724316 | E001397 | $580.45 | $580.45 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 5280212555 | E001397 | $524.95 | $524.95 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 5296408519 | E001397 | $57.79 | $57.79 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6101119009 | E001397 | $980.00 | $980.00 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6118904928 | E001397 | $1,951.60 | $1,951.60 | final | cust owes | |

## GSA - NJ - Contract E001397

| Account Number | Name | LDC Account | Contract Number | Outstanding Am | Revised Outstanding Amt | status | comments | adjustments |
|---|---|---|---|---|---|---|---|---|
| 17555 | POST OFFICE - PSE&G | 6128711618 | E001397 | $62.07 | $62.07 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6131406308 | E001397 | $71.30 | $71.30 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6149122409 | E001397 | $202.43 | $202.43 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6153835554 | E001397 | $103.45 | $103.45 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6160413503 | E001397 | $529.56 | $529.56 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6177206514 | E001397 | $192.78 | $192.78 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6179222304 | E001397 | $163.85 | $163.85 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6184709313 | E001397 | $1,749.89 | $1,749.89 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6193015302 | E001397 | $206.35 | $206.35 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6194715006 | E001397 | $184.96 | $184.96 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6196206028 | E001397 | $130.85 | $130.85 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6204905910 | E001397 | $1,334.62 | $1,334.62 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6209730868 | E001397 | $703.90 | $703.90 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6210833659 | E001397 | $96.64 | $96.64 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6210920217 | E001397 | $818.57 | $818.57 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6211406657 | E001397 | $50.34 | $50.34 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6211423853 | E001397 | $638.05 | $638.05 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6212702365 | E001397 | $662.34 | $662.34 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6219805569 | E001397 | $1,263.00 | $1,263.00 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6231731758 | E001397 | $427.40 | $427.40 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6239847755 | E001397 | $3,585.23 | $3,585.23 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6252433454 | E001397 | $348.30 | $348.30 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6253016857 | E001397 | $646.39 | $646.39 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6256639154 | E001397 | $96,240.59 | $96,240.59 | final | cust served only 5 months-only 1 pmt made-cust owes balance | |
| 17555 | POST OFFICE - PSE&G | 6257801761 | E001397 | $117.15 | $117.15 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6263409061 | E001397 | $355.10 | $355.10 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6266242656 | E001397 | $32.71 | $32.71 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6266610957 | E001397 | $609.53 | $609.53 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6269409756 | E001397 | $41.99 | $41.99 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6269409853 | E001397 | $3,336.30 | $3,336.30 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6277719254 | E001397 | $58.72 | $58.72 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6277806653 | E001397 | $95.70 | $95.70 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6280942759 | E001397 | $1,099.76 | $1,099.76 | final | cust owes | |
| 17582 | GSA | 6287418559 | E001397 | $109.04 | $109.04 | final | cust owes-pmt not rcvd | |
| 17582 | GSA | 6287422068 | E001397 | ($970.48) | ($970.48) | final | unclaimed funds-due to cancelled usage | |
| 17555 | POST OFFICE - PSE&G | 6287809760 | E001397 | $386.41 | $386.41 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6290407252 | E001397 | $374.72 | $374.72 | final | cust owes | |
| 17582 | GSA | 6291000164 | E001397 | ($47.81) | ($47.81) | termin | unclaimed funds-due to cancelled usage | |
| 259122 | DEVELOPMENT RESOURCES ( | 6291132486 | E001397 | $11.96 | $11.96 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6291833514 | E001397 | $180.81 | $180.81 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6292546918 | E001397 | $1,028.92 | $1,028.92 | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6294609658 | E001397 | $1,267.61 | $1,267.61 | final | cust owes | |

## GSA - NJ - Contract E001397

| Account Number | Name | LDC Account | Contract Number | Outstanding Am | Revised Outstanding Amt | status | comments | adjustments |
|---|---|---|---|---|---|---|---|---|
| 17555 | POST OFFICE - PSE&G | 6295048757 | E001397 | $852.69 | **$852.69** | final | cust owes | |
| 17582 | GSA | 6409919611 | E001397 | $7,526.83 | **$7,526.83** | final | cust owes-pmt not rcvd | |
| 17582 | GSA | 6409919719 | E001397 | ($26,224.32) | **($26,224.32)** | final | unclaimed funds-due to overpmt by cust | |
| 17555 | POST OFFICE - PSE&G | 6418936175 | E001397 | $207.39 | **$207.39** | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6423739471 | E001397 | $496.15 | **$496.15** | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6424726888 | E001397 | $373.54 | **$373.54** | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6433013570 | E001397 | $437.57 | **$437.57** | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6447708886 | E001397 | $1,926.96 | **$1,926.96** | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6461215077 | E001397 | $693.41 | **$693.41** | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6462309881 | E001397 | $805.25 | **$805.25** | final | cust owes | |
| 17555 | POST OFFICE - PSE&G | 6486119276 | E001397 | $53.45 | **$53.45** | final | cust owes | |
| Total | | | | $520,820.90 | **$481,492.05** | | | **635.51** |

**GSA-PA-Contract E003819**

| Account Number | Name | Vendor | LDC Account | Class | Bill Method | Contract Number | Outstanding Am | Revised Outstanding Amt | status | comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 20128 | FAA | FIRST | 8871053000 | GOV | DUAL | E003819 | $224.22 | $224.22 | final | cust owes-usage was cancelled & rebilled after acct was final |
| 20281 | FAA | FIRST | 5594052002 | GOV | DUAL | E003819 | $2,763.18 | $2,763.18 | final | cust owes-BR acct changed to dual 8/00 due to non-pmt-we kept serving them |
| 20283 | FAA | FIRST | 1906079008 | GOV | DUAL | E003819 | $1,319.88 | $1,319.88 | final | cust owes-BR acct changed to dual 8/00 due to non-pmt-we kept serving them |
| 20289 | FAA | FIRST | 6152119005 | GOV | DUAL | E003819 | $208.79 | $208.79 | final | cust owes-cancel rebil after acct was final |
| 20311 | FAA | FIRST | 1209002005 | GOV | SINGLE | E003819 | $184.57 | $184.57 | final | cust owes-cancel rebil on 11/1/01 & letter of explanation sent to cust. |
| 20313 | FAA | FIRST | 2851007006 | GOV | DUAL | E003819 | $850.38 | $850.38 | final | cust owes |
| 20314 | FAA | FIRST | 3363077000 | GOV | DUAL | E003819 | $1,377.00 | $1,377.00 | final | cust owes |
| 20323 | FAA | FIRST | 9007082009 | GOV | DUAL | E003819 | $2,302.80 | $2,302.80 | final | cust owes |
| 20223 | FED AVIAT AGY A RIVERA | FIRST | 9207090005 | GOV | SINGLE | E003819 | $85.68 | $85.68 | final | cust owes |
| 20280 | FED AVIATION AGY | FIRST | 9187125005 | GOV | SINGLE | E003819 | $202.00 | $202.00 | final | cust owes |
| 20291 | FED AVIATION AGY | FIRST | 9267090003 | GOV | DUAL | E003819 | $874.66 | $874.66 | final | cust owes |
| 20205 | FED AVN ADM | FIRST | 8441128005 | GOV | DUAL | E003819 | $475.16 | $475.16 | final | cust owes |
| 20119 | US POST OFFICE | FIRST | 0989428364 | GOV | SINGLE | E003819 | $58.85 | $58.85 | final | cust owes |
| 20322 | US POST OFFICE | FIRST | 0774523081 | GOV | SINGLE | E003819 | $316.20 | $316.20 | final | cust owes |
| | | | | | | | $11,243.37 | $11,243.37 | | |

| GSA - MD - Contract E002263 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account Number | Name | Vendor | LDC Account | Contract Number | Outstanding Am | Accounts Receivable Code | **Revised Outstanding Amt** | **status** | **comments** |
| 24475 | NATIONAL PARK SERVICE | FIRSTENE | 21504712248001 | E002263 | $5,563.20 | GSA | $5,563.20 | final | cust owes-they never paid for their initial month's gemeration |