STATE OF OHIO )
) SS. AFFIDAVIT
COUNTY OF ____________ )

Now comes Denise P. Bellas, who first being duly sworn, according to law, deposes and states as follows based upon her personal knowledge:

1. Affiant states she is a Senior Administrative Assistant for Plaintiff, FirstEnergy Solutions Corp. f/k/a FirstEnergy Services Corporation, regarding the case captioned "*FirstEnergy Solutions Corp. f/k/a FirstEnergy Services Corporation v. United States General Services Administration*".

2. Affiant further states and certifies that the claims alleged in Plaintiff's Complaint are made in good faith.

3. Affiant further states and certifies that the supporting data attached to Plaintiff's Complaint is accurate and complete to the best of her knowledge and belief.

4. Affiant further states and certifies that the amount requested in Plaintiff's Complaint accurately reflects the contract damages for which Plaintiff believes the Government is liable.

5. Affiant further states and certifies that she is duly authorized to certify the claim on behalf of FirstEnergy Solutions Corp. f/k/a FirstEnergy Services Corporation.

6. The contracting officer of the United States General Services Administration has failed to issue a timely decision on FirstEnergy Solutions Corp. f/k/a FirstEnergy Services Corporation's contract claim within the required period, in essence, denying FirstEnergy Solutions Corp. f/k/a FirstEnergy Services Corporation's claim for contract damages.

AFFIANT FURTHER SAYETH NAUGHT.

Denise P Bellas
Affiant

SWORN TO, BEFORE ME, and in my presence this 29th day of September 2004.

Carol A. Seaman
NOTARY PUBLIC

CAROL A. SEAMAN, Notary Public
STATE OF OHIO
Resident Summit County
My Commission Expires August 9, 2005

EXHIBIT
tabbies
D