IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FIRSTENERGY SOLUTIONS CORP., | ) | |
| Plaintiff, | ) | No. 04-1517C (Judge Bruggink) |
| v. | ) | |
| UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), defendant United States respectfully requests a 30 day enlargement of time, to and including December 30, 2004, to file a response to the complaint. Our response is currently due on November 30, 2004. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel was contacted by phone and does not oppose this motion.

The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the General Services Administration ("GSA"), as required by 28 U.S.C. § 520. Upon receipt of the complaint, defendant's counsel promptly sent a copy to the GSA with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520. Agency counsel has informed the undersigned counsel of record that the complaint and the request for a litigation report were sent incorrectly to the regional GSA office. Therefore, agency counsel in the GSA's

General Counsel's office has just recently received the complaint and the request for a litigation report. The additional time is necessary to allow sufficient time for agency counsel to complete the litigation report and for counsel to review the litigation report and prepare the Government's response to the complaint.

For the foregoing reasons, defendant respectfully requests the Court to grant this motion for enlargement of time of 30 days, to and including, December 30, 2004, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

PETER KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202)307-1011

November 23, 2004

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of November 2004, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Dawn S. Conrad