IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FIRSTENERGY SOLUTIONS CORP.,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | No. 04-1517C<br>(Judge Bruggink) |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, the parties stipulate to the dismissal, with prejudice, of this action, including all claims and counterclaims, each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director and
Authorized Representative of
the Attorney General

s/George R. Hicks, Jr.
GEORGE R. HICKS, JR.
Weltman, Weinberg &
Reis Co., L.P.A.
323 West Lakeside Avenue
Suite 200
Cleveland, OH 44113
Telephone: (216) 685-1108

Attorney for Plaintiff

Dated: March 18, 2005

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L St., N.W.
Washington, DC 20530
Telephone: (202) 307-1011

Attorneys for Defendant

Dated: March 18, 2005

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March 2005, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL WITH PREJUDICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad