# In the United States Court of Federal Claims

No. 04-1517C
(Filed: March 29, 2005)

* * * * * * * * * * * * * * * * * * * * * * * * * * 
FIRSTENERGY SOLUTIONS CORP.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * * * 

ORDER

On March 18, 2005, the parties filed a Joint Stipulation of Dismissal With Prejudice. The parties mistakenly filed the stipulation as a motion to dismiss. The clerk of court is directed to correct the docket. Accordingly, the clerk is directed to dismiss the action with prejudice pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge